**EXHIBIT A**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Department of Homeland Security (Customs and Border Protection) | Claimant: Pedro Romero 128 Belt St., Aguadilla, PR 00603. Reps: Atty. Javier Sevillano PO Box 192278, San Juan, PR 00919; Atty. Adrian Brito 1607 Ponce de Leon Ave., Ste. GM6 #232, San Juan, P.R. 00909. |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 02/20/1969 | Married | 03/09/2022    Wednesday | |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Please refer to attached letter.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

None.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

None.

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Please refer to attached letter.

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Please refer to attached letter. | |
| Please refer to attached letter. | |
| Please refer to attached letter. | |

12. (See instructions on reverse).   **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | 100,000.00 | | 100,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (939) 238-2684 | 08/02/22 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2



brito.legal

August 1, 2022

**Department of Homeland Security ("DHS")**
**U.S. Customs and Border Protection**

Through: Office of Assistant Chief Counsel (Diana M. Espinosa Nuñez)
48 Carr. 165, Suite 3000, City View Plaza 11
Guaynabo, P.R. 00968-8071.

Via Certified Mail (Return Receipt Requested)
Cc: diana.m.espinosa-nunez@cbp.dhs.gov

Re:  Attachment letter to SF95 for Mr. Pedro Romero's unlawful termination of access
     credentials as grounds for cause of action under the FTCA.

Dear sirs:

The undersigned have been retained by Mr. Pedro Romero to represent him in the matter described herein. The present letter serves as an attachment to Mr. Romero's filled Standard Form 95 prescribed by the Department of Justice pursuant to 28 C.F.R. 14.2 and under the FTCA, 28 U.S.C. secs. 2671 *et seq*. We also believe that this situation warrants an investigation by the DHS' Office of Inspector General (OIG) into the concerned officers' conducts.

Our client Mr. Romero was a long-serving federal contractor of the DHS at the Caribbean Air and Marine Branch ("CAMB") of Rafael Hernandez Airport, in Aguadilla, Puerto Rico, for over 20 years, until the recent unlawful termination of his employment in March 2022. At the time of his termination, Mr. Romero was an employee of Amentum DynCorp International ("Amentum"), where he worked as an aviation mechanic. Mr. Romero was also the Chief Steward at CAMB of the International Association of Machinists and Aerospace Workers ("IAM").

Mr. Romero was unlawfully terminated from his employment as a result of DHS' unlawful and negligent conduct, through its employees, particularly of its Director at CAMB, Mr. Augusto "Ray" Reyes. Mr. Reyes unlawfully revoked Mr. Romero's access credentials to CAMB.

Mr. Romero was terminated because of his rightful union activities at CAMB and based on unfounded, unverified, and ultimately false allegations made against him by a coworker. Moreover, Mr. Romero had prior issues with Mr. Ivan Cestero, who upon information and belief holds (or held at the time) a senior DHS position at CAMB;

1607 Ave. Ponce de León, St. GM6 #232
San Juan, PR 00909
(787) 705-1011 | adrian@brito.legal



directed Mr. Augusto Reyes to terminate Mr. Romero; and/or was heavily involved in the decision.

Mr. Reyes made this unlawful decision after receiving a vague and generic complaint by an Amentum employee that Mr. Romero was harassing him. Instead of corroborating or investigating this "complaint", as required by applicable regulations, Mr. Reyes decided – unilaterally and flouting all due process considerations - that Mr. Romero was a "security risk", and proceeded to revoke the access credentials. Mr. Reyes knew very well that revoking Mr. Romero's credentials was tantamount to terminating his employment.

Later, independent investigations (one by Amentum and another by the IAM), which involved interviews with multiple witnesses, found no wrongdoing whatsoever on Mr. Romero's part. To this day, the DHS has declined to provide any information regarding its decision, in spite of multiple requests by interested parties. Instead, Mr. Reyes refused a request from both Amentum and IAM to reconsider his decision to revoke Mr. Romero's credentials, doubling down on his illegal acts. See attached emails and letters.

It is important to note that Mr. Reyes' actions with regards to Mr. Romero did not involve the exercise of lawful discretion, judgment or choice. The DHS, through Mr. Reyes, was bound to follow the credentialing standards and procedures for issuing, and revoking, access credentials, as set forth by the Homeland Security Presidential Directive 12 (also known as "HSPD-12") and the "Memorandum for Heads of Executive Departments and Agencies" issued by the U.S. Office of Personnel Management. See attached. The DHS, through Mr. Reyes, simply, summarily, and with utter disregard for the foregoing regulations, revoked Mr. Romero's access credentials, without affording him the due process he was entitled to.

In so doing, the DHS, through Mr. Augusto Reyes and others, acted negligently and caused significant damages to Mr. Romero. Ever since Mr. Romero's employment termination at DHS's hands, he has been undergoing psychiatric treatment and taking medications. Putting it simply, his life changed for the worse.

The DHS' negligence, through and by Mr. Augusto Reyes, Ivan Cestero, and others, is the proximate cause of Mr. Romero's damages. Their conduct constitutes gross negligence in the discharge of their official duties as officers of the federal government.



Cordially,


f/Javier A. Sevillano Vicéns, Esq.

f/ Adrián Brito Rodríguez, Esq.


Enclosures:

- Letter from Laura Ewan, IAM's Associate General Counsel, to Mr. Augusto Reyes, requesting reconsideration of his decision to terminate Mr. Pedro Romero, dated April 28, 2022.

- Letter from Laura Ewan, IAM's Associate General Counsel, to the Secretary of Homeland Security and Commissioner of the CBP, dated May 19, 2022.

- Emails from Mr. Augusto Reyes and others relating to Pedro Romero's situation.

- "Memorandum For Heads of Executive Departments and Agencies", dated December 15, 2020, setting forth credential standards procedures for issuing and revoking identity verification cards under HSPD-12 and new requirements for suspension or revocation of eligibility for personal identity verification credentials.

---

# Witnesses

1. <u>Noel Castro López</u>: Villas Universitarias, 117 UC Street, Aguadilla, P.R. 00603.

1. <u>Walter Guzmán</u>: Road 113, Km. 4.4 Interior, Isabela, P.R. 00662.

2. <u>Alex Irizzary</u>: Urb. Ramey Street Q #108, Aguadilla, P.R. 00603

3. <u>Luis Aldarondo</u>: 129 Harrison Street, Aguadilla, P.R. 00603

4. <u>José Raíces</u>: Urb. Villa Universitaria, 206 Calle Politécnicas, Aguadilla, PR

5. <u>Benny González</u>. 810 Calle Rosalinda  Isabela PR 00662