**EXHIBIT B**

## Ewan Laura

| | |
|---|---|
| **From:** | Almazan Javier |
| **Sent:** | Monday, May 16, 2022 5:09 PM |
| **To:** | Ewan Laura |
| **Cc:** | Little James; Wirth Tony |
| **Subject:** | FW: Amentum employee security concern |

Good Day Sister Laura,

Please see the email chain below from Amentum .

George asked if we would consider withdrawing  the ULP as they have tried to have the employer reconsider.  I told George that I seriously dough  this would be approved by our Legal Dept. as the ULP covers a protected activity violation of the act as Pedro was performing  his Shop Steward duties.

Javier,

*Javier Almazan Sr.*
Grand Lodge Representative
IAMAW, Southern Territory
561-859-3889



---

**From:** Taylor, George <George.Taylor@amentum.com>
**Sent:** Monday, May 16, 2022 4:06 PM
**To:** Almazan Javier <jalmazan@iamaw.org>
**Cc:** Taylor, George <George.Taylor@amentum.com>
**Subject:** FW: Amentum employee security concern

<mark>This email is from a sender not in the IAM's email system.  Do not click any links or open attachments unless you are expecting this information. If unsure, contact the sender to confirm.</mark>

Javier-

Per your request, here is the email documentation of our efforts to have Mr. Romero's access reinstated.



**George L. Taylor**
Sr. Dir., Employee & Labor Relations
**P**: 817-224-8189 **M**: 682-444-6809
**A**: 13500 Heritage Parkway, Ft. Worth, TX 76177
**E**: george.taylor@amentum.com
**W**: amentum.com

**EXHIBIT B**

---

**From:** Janneck, Fred <Fred.Janneck@amentum.com>
**Sent:** Thursday, April 14, 2022 3:44 PM
**To:** Winnett, Nickole C. <Nickole.Winnett@amentum.com>; Grizzle, Alicia <Alicia.Grizzle@amentum.com>
**Cc:** Taylor, George <George.Taylor@amentum.com>; Jordan, Lester <Lester.Jordan@amentum.com>
**Subject:** FW: Amentum employee security concern

Nickole, response received.  We tried.

VR,



**Fred Janneck**
Sr. Program Manager, CBP NAMLS
**P**: (817) 224-1845 **M**: (682) 352-2328
**A**: 13500 Heritage Parkway, Fort Worth, TX 76177
**E**: fred.janneck@amentum.com
**W**: amentum.com | dyn-intl.com

---

**From:** REYES, AUGUSTO <AUGUSTO.REYES@CBP.DHS.GOV>
**Sent:** Thursday, April 14, 2022 2:32 PM
**To:** Janneck, Fred <Fred.Janneck@amentum.com>
**Subject:** RE: Amentum employee security concern

Fred,
I do not want Mr. Romero working at facility or on my aircraft.

R/S,
Augusto "Ray" Reyes
305-519-7563

---

**From:** Janneck, Fred <Fred.Janneck@amentum.com>
**Sent:** Tuesday, April 12, 2022 2:38 PM
**To:** REYES, AUGUSTO <AUGUSTO.REYES@CBP.DHS.GOV>
**Subject:** FW: Amentum employee security concern

Ray, as you may or may not be aware, Amentum addressed the Kenneth Acevedo harassment complaints during a December 13, 2021 meeting at CAMB with Pedro Romero, Benny Gonzales, Mr. Acevedo and

Regional Manager Robert Renny.  Amentum also resolved the Grievance that Kenneth did not want filed with the Union back in February 2022.

Since that time, both the Union and Amentum's Labor Relations Manager George Taylor have conducted separate investigations and interviewed numerous employees.  In total, nine Amentum employees were interviewed and none were a witness to any harassment or intimidation by Pedro Romero either during or since the initial claims.  One of the interviewees was Kenneth himself who advised other than his initial claim, he has not been subject to any harassment or intimidation since then nor did he ever feel like he would sustain physical harm.  Based on these interviews, Amentum could not substantiate any harassment or intimidation occurred as there were no witnesses and Amentum has no evidence that Pedro poses a threat to  anyone's physical safety.

In light of the information gathered during these extensive investigations, would you be open to reconsider reinstating Pedro Romero's facility clearance?

VR,



**Fred Janneck**
Sr. Program Manager, CBP NAMLS
P: (817) 224-1845 M: (682) 352-2328
A: 13500 Heritage Parkway, Fort Worth, TX 76177
E: fred.janneck@amentum.com
W: amentum.com | dyn-intl.com



**From:** REYES, AUGUSTO <AUGUSTO.REYES@CBP.DHS.GOV>
**Sent:** Friday, March 11, 2022 9:37 AM
**To:** Jean, Mark <Mark.Jean@amentum.com>
**Cc:** Janneck, Fred <Fred.Janneck@amentum.com>; Lincoln, Kathryn <Kathryn.Lincoln@amentum.com>; HACKFELD, GRETA D <GRETA.D.HACKFELD@cbp.dhs.gov>
**Subject:** RE: Amentum employee security concern

Mark,
My concern was over the physical security of other employees. Mr. Romero was behaving in an intimidating/coercive manner towards his coworkers. The situation was reported at least a couple of times (that I am aware of) internally to Amentum, but the situation was not corrected by local Amentum leadership. Mr. Romero's behavior not only violated CBP anti-harassment policy but also could have very easily turned into a situation where an Amentum employee could have been physically harmed. Furthermore, his behavior posed a threat to the safety of my operations.

R/S,
Augusto "Ray" Reyes
Director, Air and Marine Operations
Caribbean Air and Marine Branch
Air and Marine Operations

305-519-7563

---

**From:** Jean, Mark <Mark.Jean@amentum.com>
**Sent:** Friday, March 11, 2022 9:12 AM
**To:** REYES, AUGUSTO <AUGUSTO.REYES@CBP.DHS.GOV>
**Cc:** Janneck, Fred <Fred.Janneck@amentum.com>; Lincoln, Kathryn <Kathryn.Lincoln@amentum.com>; HACKFELD, GRETA D <GRETA.D.HACKFELD@cbp.dhs.gov>
**Subject:** FW: Amentum employee security concern

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

---

**Sir,**

**For our records, could we obtain information regarding the security incident involving Mr. Romero,  Pedro?   We, Amentum Security,  document all security violations that we are informed of for posterity and reports as necessary. Due to his having a DOD security clearance,  this incident may need to be reported to DoD as well.**

**Thank you for your time.**

**Cc Lincoln, Katie   FSO**



Mark Jean
FSO / Program Security Manager Amentum Aviation / Facilities Manager
P: 256.924.3254 M: 540.207.4273
310 The Bridge Street, Suite 400 Huntsville
AL  35806   mark.jean@amentum.com
**W**: amentum.com

---

**From:** Janneck, Fred <Fred.Janneck@amentum.com>
**Sent:** Wednesday, March 9, 2022 8:29 AM
**To:** Arambula, Gabriela <Gabriela.Arambula@amentum.com>; Bryant, Michael D <Michael.Bryant@amentum.com>; Grizzle, Alicia <Alicia.Grizzle@amentum.com>; Jean, Mark <Mark.Jean@amentum.com>; Lincoln, Kathryn <Kathryn.Lincoln@amentum.com>; Spotts, Robin <Robin.Spotts@amentum.com>
**Subject:** FW: Amentum employee security concern

All, received this morning.  Ray requests that this not be accomplished prior to 1400 Thu Mar 10 due to a VIP visit at the CAMB today.  Please keep this to only those that have a need to know.  I will reach out to Mike Arnold who is Acting Site Manager in Puerto Rico.

VR,





**Fred Janneck**
Sr. Program Manager, CBP NAMLS
**P:** (817) 224-1845 **M:** (682) 352-2328
**A:** 13500 Heritage Parkway, Fort Worth, TX 76177
**E:** fred.janneck@amentum.com
**W:** amentum.com | dyn-intl.com

---

**From:** REYES, AUGUSTO <AUGUSTO.REYES@CBP.DHS.GOV>
**Sent:** Wednesday, March 9, 2022 6:46 AM
**To:** Janneck, Fred <Fred.Janneck@amentum.com>; RENNY, ROBERT L (CTR) <ROBERT.L.RENNY@associates.cbp.dhs.gov>
**Cc:** CESTERO, IVAN <IVAN.CESTERO@CBP.DHS.GOV>
**Subject:** Amentum employee security concern

Gentlemen,
As per our discussion, and due to security concerns that have been brought to my attention I will be revoking Amentum employee Pedro Romero's Personal Identification Verification (PIV) card. Mr. Romero will not have access to the Caribbean Air and Marine Branch (CAMB).

R/S,
Augusto "Ray" Reyes
Director, Air and Marine Operations
Caribbean Air and Marine Branch
Air and Marine Operations
305-519-7563