

**Forensic Psychological Group**

Medical Center Plaza, 740
Avenida Hostos – Sultana Suite 202
Mayagüez, Puerto Rico 00682
Tel. 787-444-1120

# Yazmín Ríos-Rodríguez, PsyD CPPF CPAS

**Licensed Clinical Psychologist in PR**
**Eating Disorders Specialist**
**Sexual Abuse Specialist**
**Child Abuse Specialist**
**Domestic Violence Specialist**

## CERTIFICADO CLINICO

El paciente **Pedro Romero,** con número de expediente 8582, ha estado bajo mi cuidado clínico desde el 26 enero de 2023. Se identificó como motivo de consulta el estado de ánimo deprimido. El paciente refleja como precipitante experiencias adversas en el entorno laboral. El paciente se encuentra recibiendo Terapia Cognitiva Conductual (CBT), informado en trauma. Cualquier duda favor de comunicarse con la Dra. Yazmín Ríos al 787-444-1120.

### Impresión Diagnóstica

V62.29 Problemas relacionados con el empleo

F43.10 Trastorno de Estrés Postraumático

### Recomendaciones

No se recomienda que el paciente se reintegre al trabajo por su mejor bienestar emocional ya que el ambiente exacerba la sintomatología existente. Se hacen las siguientes recomendaciones con el propósito de promover el bienestar del paciente.

Yazmín Ríos, PsyD CPPF CPAS
Psicóloga Clínica
Lic. P.R. #2588
Registro CPPF # 2008-019
Registro CPAS # 2008-005

30 de junio de 2023
FECHA



Expediente Núm.: _____

Alérgico/a: _____

1

# Historial Psicosocial y Plan de Tratamiento

## A. Datos sociodemográficos

Nombre: Pedro Romero

Dirección residencial: Carrt 125 Km 11.1 Bo Capa, Sect Figueroa Moca PR 00676

Dirección postal: 125 Calle Belt Aguadilla PR 00603

Fecha de nacimiento: 02/20/1969  Edad: 53    Género: ☐ F ☒ M

Lugar de nacimiento: NY, NY    Origen étnico: Hispano

Escolaridad: Estudios Univ.  Ocupación y/o escuela: Mecanico Aviacid

Teléfonos: (casa) 939 238 2684 (trabajo) _____ (otro) 832 557 8323

Email: yopedrosoy@gmail.com

Estado civil: ☒ casado/a  ☐ divorciados  ☐ soltero/a  ☐ convivencia    ☐ viudo/a

☐ separados  ☐ casado de nuevo

## B. Composición familiar

| Nombre y Apellido | Edad | Ocupación | Parentesco |
|---|---|---|---|
| Arelis Vasquez | 58 | retirada | esposa |
| | | | |
| | | | |
| | | | |
| | | | |



Expediente Núm.: _____

Alérgico/a: _____

2

## C. Queja principal (Descripción según el/la cliente) (Señale la queja principal del cliente)

*Inseguridad, temor, ira, resentimiento*

_____

_____

_____

_____

## D. Información relevante a la queja principal o las razones por las que busca los servicios

Historial de desarrollo de la queja o problema (cuándo y cómo comenzaron los síntomas, problemas, desde cuándo existe esta situación, eventos precipitantes, otros cambios situacionales)

*Ataque a mi persona*

*22 años después a nivel federal hicieron las completa, obligado de la unión procesado de amistad*

## E. Historial Biopsicosocial

¿Ha pensado o ha intentado alguna vez hacerse daño a sí misma/o? Especifique cómo y cuándo

__X__ Ideaciones     ____ Ideas con plan estructurado Especifique plan: *chocar vehículo ponerme en medio de peligro*

____ Intentos Especifique: _____

¿Ha intentado o ha pensado alguna vez hacerle daño a otra persona? Especifique como y cuando

__X__ Ideaciones     ____ Ideas con plan estructurado Especifique plan: _____

____ Intentos Especifique: _____



Expediente Núm.: _____          3

Alérgico/a: _____

| Participante | Fecha de Inicio | Hx. Familiar (parentesco) | |
|---|---|---|---|
| Depresión Mayor | 03/10/22 | | |
| Bipolaridad | | Papa | |
| Ansiedad | esporadica | | |
| Esquizofrenia | | | |
| Suicidio | 03/10/22 | | |
| Adicciones (ETOH/Drogas) | | | |
| ADHD | Siempre | | |
| Problemas de Aprendizaje | | | |
| Trastorno de Conducta | | | |
| Trastorno de Ajuste | | | |
| Trastorno de Personalidad | | | |
| Trastorno Obsesivo / Compulsivo | +/- | | |
| Otra: | | | |
| | | | |
| | | | |

| Tratamiento Recibido Por Participante Para Condición Identificada | Fecha Tx. / Lugar | Duración | |
|---|---|---|---|
| Ambulatorio | Cayostrano Mayaguez | 7 DIAS | |
| Ambulatorio Intensivo | | | |
| Hospitalización | | | |
| Hospitalización Parcial | Cayostano Mayaguez | 7 DIAS | |
| Sala de Emergencias | | | |
| Residencial | | | |
| Otro: | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Nombre psiquiatra: _Dr. Dimas Tirado_____



Expediente Núm.: _____

Alérgico/a: _____

4

¿El/la cliente está utilizando algún medicamento? _____ Prescrito _____ Automedicado

| Nombre del medicamento | Desde cuándo lo utiliza | Propósito del medicamento | Efecto secundario, si alguno |
|---|---|---|---|
| Wellbutrin | 03/22 | depresion | |
| Depakote | 03/22 | maniaco | |
| Relaphin | 05/22 | sueño | |
| | | | |
| | | | |
| | | | |
| | | | |

### F. Evaluación Médica*

Queja Principal (puede incluir rasgos y otros detalles de la enfermedad, problema o condición):

_____

_____

### G. Historial Médico del Paciente:

| Condición / Especifique | Medicamentos | Fecha | Condición / Especifique | Medicamentos | Fecha |
|---|---|---|---|---|---|
| Alergia | | | X Enfermedades Gastrointestinales | | |
| Anemia | | | Flebitis | | |
| Artritis | | | Hemorroides | | |
| Asma | | | Hepatitis | | |
| X Cáncer | | | X Hernias | | actual |
| Convulsiones/Epilepsia | | | Hipertensión | | |
| Derrame Cerebral | | | Intoxicación | | |
| Diabetes mellitas | | | Pancreatitis | | |
| Enfermedad de Tiroides | | | X Piedra en Riñón | | |
| Enfermedad del Corazón | | | Problema Hemorrágico | | |
| Enfermedad Transmisión Sexual (HIV, Sífilis, etc.) | | | Tuberculosis | | |
| Enfermedad Vesícula | | | Pulmonía | | |
| Enfisema | | | Sinusitis | | |
| Fiebre Reumática | | | Úlcera Duodenal | | |
| Meningitis | | | X Otro: Nervios Mano Toradol | | actual |
| Enfermedades de la Niñez | | | | | |



Expediente Núm.: _____

Alérgico/a: _____

6

## K. Estresores Sociales Recientes (IDENTIFIQUE LOS QUE APLICAN)

| | | Especificar por Cuanto tiempo | | | Especificar por Cuanto tiempo |
|---|---|---|---|---|---|
| X | Condiciones de Salud | | X | Conflictos Laborales | |
| | Desempleo | | | Conflictos Escolares | |
| | Empleo Nuevo | | | Conflictos Familiares | |
| | Escuela Nueva | | | Maltrato Físico/Sexual/ Emocional | |
| X | Separación | | | Problemas Legales | |
| X | Divorcio | | | Pérdida de Vivienda | |
| | Violencia Doméstica | | | Limitaciones Físicas | |
| | Muerte Familiar/Amigo | | | Problemas Custodia Hijos | |
| | Mudanza | | | Menores Removidos | |
| | Intervenidos por DF | | | Paciente con necesidades Especiales | |
| | Familiares con condiciones Emocionales/sustancias | | X | Familiar con necesidades Especiales | |
| | Familiares confinados | | | Otros | |
| X | Pérdida de Ingresos/Empleo | | | | |

## L. Historial Sexual                           No aplica

| | | | | | |
|---|---|---|---|---|---|
| | Activo/a Sexualmente | | Historial de Abuso Sexual | Niega Abuso | |
| | No Activo al Momento | X | Víctima de Abuso Sexual | Admite Abuso | |
| | Nunca Activo | | Victimario de Abuso sexual | Otro: | |

Explore aspectos relacionados a la sexualidad tales como si ha sido abusado sexualmente,

disfunción sexual, preferencia sexual: _____

## M. Historial Legal (Historial Legal)     __No aplica

X Caso Activo   __Criminal  X Civil   ___Depto. Fam.

X Otro (especifique) ___labora l_____

## N. CreenciasReligiosas/Espirituales          X Sí          __No
(especifique) ___Protestante_____

## O. Historial Ocupacional                    __No aplica

| | | | | | |
|---|---|---|---|---|---|
| X | Desempleado/a | Empleado parcial | | | |
| | Sin experiencia Laboral | Empleo por temporadas | | | |
| | Empleado/a TC | Empleo Por sí mismo | | Otro: | |

Ocupación: __Mecanico Aviacion__

Lugar de Trabajo: _____



Expediente Núm.: _____

Alérgico/a: _____

5

## H. Hospitalizaciones Por Condiciones Físicas

| Razón/Diagnóstico | Fecha | Lugar | Estatus Actual |
|---|---|---|---|
| Diverticulitis (ruptura) | | | |
| Ortopedica | | | |
| Cancer | | | |

## I. Historial Familiar

| ENFERMEDAD | SÍ | NO | DESCRIBA |
|---|---|---|---|
| Diabetes Mellitus | X | | |
| Hipertensión | X | | |
| Enfermedades del Corazón | | | |
| Enfermedades del Riñón | | | |
| Enfermedades Neurológicas | | | |
| Cáncer | X | | |
| Tuberculosis | | | |
| Enfermedad Mental | X | | Papa |
| Suicidio o Intento Suicida | X | | Abuelo (materno) |
| Otra: Depresion Severa | X | | Abuela (materna) |

## J. Historial De Abuso De Sustancias ___ No Aplica

| | Tipo de Sustancia | Edad Inicio | Tiempo en Uso | Frecuencia | | | Vía de Uso | | | | Última Dosis | Cantidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | D | S | M | IV | Oral | Fumada | Otra | | |
| D: Diaria, S: Semanal, M: Mensual, IV: intravenosa | Marihuana, Cannabis | | | | | | | | | | | |
| | Cocaína, HCL | | | | | | | | | | | |
| | "Crack" Free Base | | | | | | · | | | | | |
| | Heroína | | | | | | | | | | | |
| | Pastillas sedantes Tipo: | | | | | | | | | | | |
| | Pastillas Estimulantes Tipo: | | | | | | | | | | | |
| | "Speed Ball" Heroína y Cocaína | | | | | | | | | | | |
| | Alcohol | | | | | | | | | | | |
| | Inhalantes | | | | | | | | | | | |
| | Cigarrillos | 18 | 10 | · | | | | | X | | | |
| | Otros: | | | | | | | | | | | |



Expediente Núm.: _____ 8582 _____    7

Alérgico/a: _____

## Para uso exclusivo del evaluador

### P. Genograma Familiar

**Leyenda**
(ver ""Standard Symbols for Genograms")

O  Mujer

⊙  Mujer paciente

⊗  Mujer Fallecida

□  Hombre

▣  Hombre paciente

x  Hombre Fallecido

_____ Casados

...... Unión Consensual

╤  Separados

╫  Divorciados

│  Hijos/as

□─○  Gemelos Fratenos

Gemelos Identicos

Embarazada

Aborto

Conflicto

- - - - Distante

Relación Pérdida

### Q. Estimado de Riesgo:

Peligrosidad _____ Inminente _____ Alto _____ Bajo _____ Ninguno _____

Suicida/Homicida _____ Inminente _____ Alto _____ Bajo _____ Ninguno _____

### Resumen / Conceptualización Clínica:

_____

_____

_____

_____

Expediente Núm.: _____ 8521 _____     8

Alérgico/a: _____

## Estatus Mental General

| Área a evaluar: | Adecuado | Inadecuado |
|---|---|---|
| Vestimenta | / | |
| Aseo | / | |
| Postura | / | |
| Contacto visual | | |
| Tono de voz | | / |
| Capacidad de entender | | / |
| Capacidad de atención y concentración | | |
| Memoria | | / |
| Capacidad de juicio | | |
| Capacidad de introspección | | / |
| Orientación: tiempo, lugar y persona | / | |

**Conducta:** Nivel de actividad psicomotora: pasiva _____     activa _____ adecuada _____

**Actitud:** cooperadora _____     reservada _____     receptiva _____     agresiva _____

oposicional _____     impulsiva _____     demandante _____     desafiante _____

**Estado de ánimo:** (talante) eutímico (normal) _____ deprimido _____

eufórico/expansivo ____ triste ____ disfórico ____ ansioso ____ alegre ____ irritable ____

**Afecto:** congruente con el contenido ____ embotado ____ lábil ____ restringido ____

variable ____ **Pensamiento:** lógico ____ coherente ____ relevante ____ organizado ____ ilógico

____ incoherente ____ irrelevante ____ desorganizado ____

**Contenido de pensamiento:** ideas suicidas ____ ideas obsesivas ____

ideas homicidas ____ delirios ____ ideas de desesperanza ____ ideas extrañas ____

ideas de persecución __/__ ideas de grandeza ____ celotípico ____ rumiaciones ____

**Memoria remota:** adecuada __/__ menoscabada ____

**Memoria inmediata:** adecuada __/__ menoscabada ____

**Capacidad de pensamiento:** usa lenguaje abstracto ____ vocabulario simple ____

Expediente Núm.: _____ 8521

Alérgico/a: _____

9

muestra comprensión del lenguaje _____ denota poseer rico vocabulario _____

se perciben limitaciones o deficiencias cognoscitivas _____ denota comprensión _____

**Lenguaje:** simple _____   concreto _____   tangencial _____ circular _____

**Percepción:** niega alucinaciones _____   auditivas _____   táctiles _____   visuales _____

olfativas _____

**Comentarios adicionales:**

_____

_____

_____

_____

### R. Plan de Tratamiento

## I. Identificación de Fortalezas y Necesidades

| Fortalezas | Necesidades |
|---|---|
| Desea Mejorar | Desarrollar Capacidad de Auto –reflexión |
| Buen Cumplimiento | Comprometerse con Tratamiento |
| Capacidad Cognoscitiva Adecuada | Aumentar Capacidad Cognoscitiva |
| Tiene Recursos de Apoyo | Desarrollar Redes de Apoyo |
| Condición Económica Estable | Mejorar Condición Económica |
| Buena Modulación de Impulsos | Mejorar Control de Impulsos |
| Buenas Destrezas de Crianza | Mejorar Destrezas de Crianza |
| Adaptación Social Adecuada | Mejorar Destrezas Sociales |
|  | Resolver situación de vivienda |
|  |  |

## II. Diagnóstico ICD-10

| |
|---|
| |
| F. 43. 10 |
| |
| |

Expediente Núm.: _____ 8521 _____    10
Alérgico/a: _____

## III. Problemas, Metas y Objetivos a tratar:

| # | Situación (enumérela y describa) | Objetivos | Estrategias de Intervención Modalidad-Frecuencia | Tiempo ** |
|---|---|---|---|---|
| | Trauma | → Ver anejo | | |
| | Manejo de emociones | → Ver anejo | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

****Fecha Revisión del Plan de Tratamiento: ___15 días ___3 meses ___6 meses,

## VII. Recomendaciones Adicionales:

| | | |
|---|---|---|
| ___ Referido psiquiátrico | ___ Referido Relaciones de Familia-Tribunal |
| ___ Referido Terapista Ocupacional | ___ Referido a Programa Educación Especial |
| ___ Referido Terapista Habla | ___ Referido a pediatra de desarrollo |
| ___ Referido posible hospitalización | ___ Referido a neurólogo |
| ___ Referido Emergencia Sociales | ___ Referido por uso de sustancias |
| ___ Referido a Delitos Sexuales | ___ Otro: Explique_____ |

### CONSENTIMIENTO INFORMADO DEL PARTICIPANTE Y/O ENCARGADO

Certifico que se discutió y participé en el desarrollo del Plan de Tratamiento Individualizado, su duración y propósito. El mismo me fue explicado en todas sus partes e implicaciones, al igual que mis derechos y responsabilidades.

( ) ESTOY DE ACUERDO        ( ) NO ESTOY DE ACUERDO

Nombre del Participante: _____  | Firma: _____

Firma Encargado: _____

Parentesco: _____ Fecha:_____ | Hora:_____

Dra. Yazmín Ríos-Rodríguez
Licencia de PR #2588

26/Enero/23

Fecha

# Expediente_____

| Objetivos a corto plazo | Intervenciones terapéuticas |
|---|---|
| Describir la historia y la naturaleza de los síntomas de trauma. (1, 2) | 1. Establecer una buena relación con el participante dirigida hacia la construcción de una alianza terapéutica. |
| | 2. Evaluar la frecuencia, intensidad, duración del historial de síntomas de trauma y su impacto en el funcionamiento del participante. |
| Completar evaluación con pruebas psicológicas diseñadas para medir la naturaleza y severidad de síntomas de trauma. (3) | 3. Administrar o referir al cliente para administración de pruebas psicológicas para evaluar la intensidad de los síntomas de trauma, estrés agudo o TEPT. |
| Describir el evento traumático en la mayor cantidad de detalles posible. (4) | 4. Explorar con cuidado y delicadeza el recuerdo del participante de los hechos del incidente traumático y sus reacciones emocionales en el presente. |
| Verbalizar los síntomas de la depresión, incluyendo ideación suicida. (5) | 5. Evaluar la profundidad de la depresión del cliente y potencial de suicidio. Realizar Intervención en crisis, de ser requerido. |
| Aprender e implementar estrategias de afrontamiento y relajación para gestionar situaciones desafiantes relacionadas al trauma. (6, 7) | 6. Enseñar al participante estrategias tales como relajación, control de la respiración, imaginería, y/o role-playing (es decir, con terapeuta u otro de confianza) para poder manejar paulatinamente los miedos asociados al trauma, hasta que el sentido de dominio sea evidente. |
| Identificar, desafiar y reemplazar autodiscurso temeroso con un autodiscurso positivo y basado en la realidad. (7, 8) | 7. Explorar los esquemas de pensamientos del cliente y el auto-discurso relacionado a los miedos asociados al trauma; desafiar los sesgos negativos y ayudarlo a generar evaluaciones que corrijan los sesgos y la desarrollen auto-confianza. |
| Aprender e implementar el pensamiento detenerse para gestionar pensamientos intrusivos no deseados. (9) | 8. Asignarle ejercicios donde el participante pueda identificar el auto-discurso temeroso y crear alternativas basadas en la realidad; revisarlo y reforzar el éxito, proporcionando respuestas correctivas a las fallas. |
| Aprender e implementar el autodiálogo guiado para manejar pensamientos, sentimientos e impulsos provocado por encuentros con estímulos relacionados con el trauma. (10) | 9. Enseñar al participante técnicas de detener el pensamiento como decirse internamente la palabra "Parar" y/o imaginar algo que representa el concepto de parar (por ejemplo, una parada) signo o luz) inmediatamente después notar pensamientos no deseados. |
| Verbalizar declaraciones esperanzadoras y positivas con respecto al futuro. (11) | 10. Enseñe al cliente el procedimiento de autodiálogo guiado en el que aprenda a desafiar sus prejuicios, enfrentar los sentimientos engendrados, superar la evasión y reforzar sus logros; revisar y reforzar el progreso, resolver problemas y obstáculos. |
| | 11. Reforzar los mensajes cognitivos positivos y basados en la realidad del participante que aumentan la autoconfianza y aumentan la acción adaptativa. |

# Expediente_____

## Manejo del Coraje

**Definición**

1. Historial de agresión explosiva fuera de proporción ante cualquier estresor precipitante que lleva a actos de as altos y destrucción de propiedad.
2. Sobre reacción de hostilidad a estresantes insignificativos.
3. Lenguaje corporal en donde se tensan los músculos.
4. Patrón consistente de desafio o trato irrespetuoso a figuras de autoridad.
5. Lenguaje verbalmente abusivo.

| Objetivos a Corto Plazo | Intervenciones Terapéuticas |
|---|---|
| Aumentar su conciencia sobre el patrón de expresión de coraje. (1) | 1. Confrontar y reflejar conductas de coraje. |
| Identificar experiencias pasadas que causan dolor y angustia en su vida actual que aumentan el coraje. (2, 3) | 2. Asignarle al cliente que haga una lista de experiencias de vida que le han herido y llevado al coraje. |
| Verbalizar sentimientos de coraje de forma controlada y asertiva. (4) | 3. Enfatizar y clarificar sentimientos de coraje que están atados a traumas del pasado. |
| Verbalizar y entender el proceso de perdonar a otros y la auto reducción del coraje. (5, 6, 8) | 4. Clases de asertividad. |
| Disminuir el número y duración de los episodios de coraje. (1) | 5. Discutir el perdón de perpetrador del dolor como un proceso de "dejar ir" el coraje. |
| Identificar hacia dónde se dirige el coraje y su causa. (2, 6, 7) | 6. Pedir al cliente que lea un libro sobre el perdón. |
| Aumentar su conciencia de cómo las formas de manejar el coraje en el pasado y su causa. (2, 3, 6) | 7. Pedirle a la persona que escriba una carta a los padres, esposo o a cualquier otro, enfocada en las razones de su coraje. |
| Desarrollar formas específica y socialmente aceptadas para manejar sentimientos de coraje (2, 3, 6). | 8. Pedirle al cliente que escriba una carta de perdón a la persona a la que está dirigido el coraje. |

Fecha:_____

Evaluador/a _____ Título _____ Núm. Lic. _____ Firma _____ Hora_____ □A.M □P.M



Medical Center Plaza
Avenida Hostos 740, Sultana suite # 202
Mayagüez, P.R 00682-1540
787-444-1120

## Identificación de Recurso/s en Momento de Crisis

En caso de presentarse una situación de crisis identifico las siguientes personas como recursos a ser contactados por mi psicólogo/a:

| Nombre | Relación | Teléfonos |
|--------|----------|-----------|
| Arelis Vasquez | esposa | 832 5578323 |
| | | |
| | | |
| | | |
| | | |

_____
Firma del cliente o representante legal

_____
Firma de la Psicólogo/a



Medical Center Plaza
Avenida Hostos 740, Sultana suite # 202
Mayagüez, P.R. 00682-1540
787-444-1120

## AUTORIZACIÓN DE SERVICIOS PSICOLÓGICOS

Por la presente autorizo a _Dra. Ríos_ a brindar los servicios de _Psicoterapia_. Certifico que asisto voluntariamente a recibir los servicios y entiendo que puedo retirarme cuando lo desee sin ser penalizado(a).

Además, certifico lo siguiente:

- No se planifica utilizar información que surja el proceso de psicoterapia o evaluación, para realizar una querella contra un adulto, otro menor o para solicitar la reevaluación de custodia de el/la menor o para cualquier otro proceso o asunto legal.
- Autorizo a ofrecer información sobre mi tratamiento a los planes médicos.
- Autorizo y me comprometo a pagar, si mi plan médico no pagara por los servicios psicológicos recibidos, por ejemplo:
  - Si su cubierta del plan médico está sujeta a periodo de espera.
  - Si su plan no cubre deducible anual o co-asegurado.
  - Si plan médico ha sido cancelado y no lo notifico a tiempo.
  - Si cambio de plan médico, o deje de pagarlo, y está inactivo el día de la visita.
- De requerirse estrategias adicionales que ayuden a cumplir con las metas terapéuticas y que no sean cubiertas por los planes médicos; autorizo a él/la psicólogo/a facturar los mismos en efectivo. Esto deberá ser notificado con anterioridad.
- Todos los pagos deberán realizarse en el área clerical, antes de recibir los servicios.
- Entiendo que mi propósito no es uno legal sino terapéutico, pero de ocurrir alguna tramitación de algún caso civil, o criminal, en donde se requiere prestar testimonio pericial dentro, o fuera del tribunal, entiéndase deposiciones, órdenes, citaciones, sin ser esta lista limitativa, los honorarios serán a razón de *$250.00* por hora a ser satisfecho de por lo menos tres horas y deben ser pagados en o antes de una semana de la fecha acordada.
- Discusiones de casos con Trabajadores Sociales serán costeadas por el cliente/paciente y las mismas tendrán un costo de $60.00 dólares por día en que se reúnan. *ESTE DEBE SER CUBIERTO ANTES DE LA CITA CON TRABAJADOR/A SOCIAL.*
- Las notas psicoterapéuticas están protegidas por la *Ley 408* de salud mental y *NO* se dará copia de las mismas. Se le otorgará, si lo solicitara, un *Resumen de tratamiento que incluye diagnóstico y recomendaciones* y su costo puede variar según la necesidad y dificultad del caso. Tendrá que ser solicitado con anticipación y tendrá que pagar en su totalidad antes de entregarle el mismo. De no estar pago, el mismo no podrá ser entregado. Puede demorar un mínimo de 2 semanas en ser entregado.
- Considerando la *Ley HIPAA*, toda información que desee presentar o compartir con la Dra. Ríos se realizará mediante la coordinación de cita previa. Las llamadas telefónicas no programadas en donde encargado ofrezca información de manera informal no serán registradas en notas de progreso.
- Bajo *ninguna circunstancia o concepto*, se permite grabar ninguna discusión de caso, proceso terapéutico e intervención sin el consentimiento escrito del participante y terapeuta.



Medical Center Plaza
Avenida Hostos 740, Sultana suite # 202
Mayagüez, P.R 00682-1540
787-444-1120

- De querer someter alguna evidencia podrá entregarla en papel de manera personal durante la cita programada, por cita previa, vía correo electrónico a través de dra.yazminrios@gmail.com
- El uso de textos será aceptado únicamente para coordinar citas. Además, se contestarán solamente en horas laborables.

_____
Nombre del cliente

_____
Firma padre o encargado en caso
de ser menor

_____
Firma del Psicólogo/a

_____
Firma del cliente

01/26/23
_____
Fecha

01/26/23
_____
Fecha



Medical Center Plaza
Avenida Hostos 740, Sultana suite # 202
Mayagüez, P.R 00682-1540
787-444-1120

## Consentimiento para Tratamiento a Adulto

Certifico con mi firma que _____ Dra. Rios _____ me ha explicado en lenguaje sencillo y no técnico, la naturaleza del tratamiento incluyendo los riesgos materiales, beneficios y las alternativas disponibles y el riesgo de no tratamiento.

Certifico que he sido informado sobre la naturaleza privilegiada de toda información que surja en el tratamiento y que esta confidencialidad solamente puede ser obviada por las siguientes razones: (1) si estuviera en riesgo mi vida o seguridad física o emocional, (2) si estuviera en riego la vida o la seguridad de una tercera persona, (3) daño a la propiedad y (4) si autorizo por escrito que otras personas, organizaciones o agencias tengan conocimiento de mi tratamiento.

Entiendo que no se deben realizar actividades no profesionales entre Psicólogo y cliente.

Certifico que he sido informado(a) que los resultados de mi tratamiento podrían ser utilizados para estudios de Investigación Científica que ayude a desarrollar la profesión de la psicología en Puerto Rico. En este caso la confidencialidad sobre mis datos personales quedaría totalmente garantizada.

Certifico además que ha sido informado que de ausentarme en **TRES (3)** ocasiones sin previo aviso se procederá al cierre del caso. De no poder asistir a alguna cita me comprometo a notificar a mi psicóloga/o con un mínimo de 24 horas de antelación a la hora y día de mi cita. Entiendo que, si no cancelo con anticipación, tendré un cargo por cita no cancelada de **$20.00.** _____ **Iniciales**

Entiendo que las **citas son coordinadas** y según la hora acordada. Las llamadas para confirmar su cita son un acto de cortesía de la administración, es su responsabilidad confirmar, cambiar o cancelar su cita.
_____**Iniciales**

Entendí esta información por lo que consiento voluntariamente a participar en este tratamiento. Entiendo que puedo retirar este consentimiento en cualquier momento sin ninguna penalidad. De así hacerlo, lo certificaré por escrito.

**\*La Dra. Yazmín Ríos Rodríguez no discrimina para ofrecer nuestros servicios por razón de raza, sexo, ideología política o edad.**

_____     07/26/23
Firma del Cliente            Fecha

_____     01/26/23
Firma del/a Psicóloga/o      Fecha



Medical Center Plaza
Avenida Hostos 740, Sultana suite # 202
Mayagüez, P.R 00682-1540
787-444-1120

## Notificación de política de privacidad

Esta notificación describe como su información de salud puede ser usada y compartida y como usted puede tener acceso a esta información. Por favor revísela cuidadosamente. La privacidad de su información es importante para nosotros. Compartimos su información para propósito de tratamiento, pago u operaciones de salud, o en casos particulares en los que la ley lo exija. Tratamiento se refiere a la provisión de cuidados de salud, pago se refiera a las actividades que efectúa el proveedor para obtener honorarios por los servicios prestados.

Operaciones de cuidados de salud se refiere a actividades de administración de parte del plan como: programas de entrenamiento de profesionales y actividades relacionadas a las credenciales y licenciamiento de los profesionales. Usted puede autorizarnos a divulgar su información para otro uso que no sea el anteriormente indicado, mediante una hoja de autorización. Como por ejemplo para recibir anuncios publicitarios de compañías relacionados a la salud, patronos, seguros de vida etc.

No se requiere autorización del paciente para divulgar información a agencias de salud públicas para prevenir o controlar enfermedades, órdenes del tribunal, sospecha de abuso, negligencia u algún otro crimen, identificación de cadáveres, fugitivos y otras situaciones en la que la ley las exija.

Se compartirá información de salud con familiares o amigos según sea necesario para ayudarle a la prestación de servicios, si usted accede a ello. Se les permitirá recoger referidos suyos y cualquier otra información parecida, según nuestro criterio profesional y la práctica común. Personas a cargo de su cuidado tendrán acceso a su información si usted lo permite, pero en caso de emergencia de usted no poder acceder en ese momento, estará a nuestra discreción el uso y divulgación de la información para su mayor beneficio.

Podemos usar y divulgar información para recordatorio de tratamiento, como cartas, mensajes en grabadoras o tarjetas.

Mi firma es indicativa de que he leído el documento arriba esbozado,

_Pedro Romero_
Nombre del participante en letra
de molde con los dos apellidos.

_01/26/23_
Fecha

_____
Firma

_____
Nombre del adulto (con los dos apellidos)
responsable de ser el participante menor
de edad.

_____
Firma

_01/26/23_
Fecha



Medical Center Plaza
Avenida Hostos 740, Sultana suite # 202
Mayagüez, P.R 00682-1540
787-444-1120

## Derechos del paciente

*Acceso*: Tiene derecho a revisar información que mantenemos en el expediente. Debe hacer esta solicitud por escrito. Podemos facilitarle un resumen o explicación de la información. Habrá un costo módico por copias o resumen.

*Informe de divulgación*: Por seis años mantendremos un informe de divulgación de información protegida de salud de su persona, que hayan sido realizadas a personas o entidades con otros propósitos que no sean tratamientos, pago de servicio u operaciones de salud. Debe pedir esta información por escrito.

*Comunicaciones alternas*: Puede pedir formas o lugares alternos para comunicarnos con usted acerca de su comunicación de salud. Le complaceremos según sea posible. Debe hacer su solicitud por escrito.

*Enmiendas*: Tiene derecho a pedir enmiendas a su información de salud. Debe ser por escrito y explicar la razón de la enmienda. La ley nos permite negarnos a dicha solicitud bajo ciertas circunstancias.

*Quejas y preguntas*: Tiene derecho a preguntarnos acerca del manejo de su información en nuestra práctica. Si entiende que han violado sus derechos a la privacidad o se ha manejado inadecuadamente su información puede solicitar una hoja de querellas a la persona de contacto cuya información aparece más adelante. También puede escribir al Departamento de salud y servicios humanos federal, cuya dirección le proveeremos si la necesita. No tomaremos ninguna represalia por usted hacer una querella, pues estamos comprometidos con su derecho a la privacidad.

Nuestros empleados reciben adiestramiento regularmente para el manejo adecuado de la información. Hemos tomado las medidas necesarias para la seguridad de la información, tanto en forma oral, escrita o electrónica. Utilizamos la información mínima necesaria del paciente para que cada empleado pueda cumplir con sus deberes. Nos mantenemos al día con los reglamentos y leyes federales y estatales para el mejor cumplimiento de las mismas. De hacer cambios significativos esta notificación será enmendada y estará disponible al público.

El participante tiene el derecho a:

_____ Que se proteja la confidencialidad y privacidad en y fuera de los predios de servicio (Ley HIPAA).

_____ Que se aclaren posibles dudas que se tenga sobre el servicio.

_____ De así solicitarlo, recibir copia de la carta de salud mental Ley 408, provista por revisión junto a este documento.



Medical Center Plaza
Avenida Hostos 740, Sultana suite # 202
Mayagüez, P.R 00682-1540
787-444-1120

El participante tiene la responsabilidad de:

_____ Compartir información que sea pertinente para el progreso de terapia.

_____ Llegar a tiempo a la terapia. Si llega tarde a la terapia se le concederá solo el tiempo restante de la misma, pero se cobrará por el servicio completo        .

_____ La Dra. Ríos trabaja por cita previa y no por turno de llegada. La ausencia o tardanza injustificada afectaría de manera sustancial el sistema programado de citas.

_____ Esforzarse por asistir a las citas programadas y participar en el logro del objetivo del servicio (recomendaciones, planes de modificación de conducta, entre otros). **Dos ausencias consecutivas, sin avisar, podrían representarla pérdida de su espacio en la agenda.

En evaluación:

_____ Participante tiene derecho a que se le expliquen los instrumentos y el procedimiento de evaluación que se llevarán a cabo.

_____ Además, tendrá derecho a recibir una copia del informe de resultados y a que se le discuta el análisis de información.

_____ Se me ha explicado que las leyes de derechos de autor prohíben facilitar copias de los protocolos de evaluación. No obstante, estas copias sí podrán ser discutidas con padres durante la discusión del informe.

Mi firma es indicativa de que he leído el documento arriba esbozado y se me hizo entrega de copia de los *Derechos del Paciente.*

_____

Nombre del participante en letra de molde

Firma

_____

03/26/23

Fecha



Medical Center Plaza
Avenida Hostos 740, Sultana suite # 202
Mayagüez, P.R 00682-1540
787-444-1120

## Notificación Sobre Derecho de Confidencialidad

La Ley de Salud Mental de Puerto Rico, conocida como la Ley 408, establece los límites de la comunicación confidencial entre el paciente y el psicólogo. Esta ley determina que la información ofrecida por el paciente no puede ser divulgada a terceras personas sin la autorización del paciente.

Sin embargo, la Ley 408 establece las circunstancias en las cuales un psicólogo puede divulgar información confidencial con el fin de ayudar y proteger al paciente, otras personas y la propiedad. Las circunstancias bajo las cuales pudiera ser divulgada su información confidencial se desglosan a continuación:

1. Usted como paciente le informa al psicólogo, que tiene planes de cometer suicidio y/o automutilación.
2. Usted como paciente le informa al psicólogo, en calidad de amenaza que va a poner en riesgo la vida de otra persona.
3. Usted como paciente le informa al psicólogo, en calidad de amenaza que va a destruir una propiedad, sea pública o privada.
4. En caso de abuso y/o negligencia de menores y/o personas envejecientes (mayores de 60 años).

Es importante que usted conozca que la ley 408 nos exige notificar a la policía y a las posibles víctimas involucradas en el caso de amenaza.

En caso de duda, su psicólogo le explicará la información que tenga relación a su derecho de confidencialidad.

_____
Firma del Cliente/Encargado

01/26/23
_____
Fecha

_____
Firma del Psicólogo Clínico

01/26/23
_____
Fecha



Dra. Yazmin Rios Rodriguez, ~ DF CPAS
Psicóloga Clínica
Lic. P.R. #2588
Medical Center Plaza # 740 • Suite 202 Ave. Hostos
Mayagüez, P.R 00682-1540 | 787-444-1120

Número   8582

Alérgica/o: _____

# Nota Psicoterapéutica

☑1.Entrevista inicial  ☐2.Terapia Individual  ☐3.Terapia de Grupo  ☐4.Terapia de Familia  ☐5.Terapia de Juego  ☐6.Otro

Nombre: __Pedro Romero__   Fecha: __26/enero__  Hora Entrada: __4pm__  Hora Salida __5pm__

Subjetivo:(Síntomas actuales, incluye citar al verbatim la queja que presenta el/la cliente)

Px masculino acude tras experimentar síntomas relacionados a ira, resentimiento, inseguridad. Px refiere que piensa que las personas de alrededor tienen un complot contra el. Se exploro sintomatología. Px se mostro mas tranquilo. Se le coordino cita en proxima cita semanal. Px nego idea suicida u homicida

| EXAMEN MENTAL |
| --- |

### Apariencia
- [✓] Edad reportada
- [ ] Aparenta mayor de edad
- [ ] Aparenta menor de edad
- [ ] Pulcro
- [ ] Pobre higiene
- [ ] Desaliñado
- [ ] Ropa extravagante
- [ ] Tatuajes

### Contacto Visual
- [ ] Evita contacto
- [ ] Mantiene contacto
- [ ] Mirada al vacío
- [ ] Dificultad al mantener contacto visual
- [ ] Otros: _____

### Conducta Y Actividad Psicomotora
- [✓] Cooperador
- [ ] Encamado
- [ ] Silla de ruedas
- [ ] Demandante y dominante
- [ ] Sumiso
- [ ] Distraído
- [ ] Enfadado
- [ ] Ambivalente
- [ ] Competitivo
- [ ] Pasivo
- [ ] Apático, aislado
- [ ] Suspicaz
- [ ] Impulsivo
- [ ] Inmaduro
- [ ] Destructivo
- [ ] Provocativo
- [ ] Manipulador
- [ ] Lloroso
- [ ] Temeroso
- [ ] Preocupado

### Conducta Motora
- [ ] DLN (límite normal)
- [ ] Hiperactivo
- [✓] Lento o hipo activo
- [ ] Inquieto
- [ ] "Tic" nervioso
- [ ] Pobre coordinación
- [ ] Repetitivo
- [ ] Peculiar
- [ ] Otros: _____

### Afecto
- [✓] DNL
- [ ] Incongruente con ánimo
- [ ] Embotado
- [ ] Eufórico
- [ ] Anhedonia
- [ ] Lábil
- [ ] Restringido
- [ ] Chatarra afectiva
- [ ] Disfórico
- [ ] Otros: _____

### Estado de Ánimo
- [ ] DLN (límite normal)
- [ ] Excitado
- [ ] Exaltado
- [ ] Eufórico
- [ ] Optimista, alegre
- [ ] Pesimista
- [ ] Suspicaz
- [ ] Culpable
- [✓] Deprimido, triste
- [✓] Ansioso, temeroso
- [✓] Hostil
- [ ] Enojado
- [ ] Irritado
- [ ] Angustiado

### Lenguaje
- [ ] DLN
- [ ] Quejoso
- [ ] Gritando
- [ ] Forzado, presionado
- [ ] Tono de voz bajo
- [ ] Tartamudeo
- [ ] Ecolalia
- [ ] Incomprensible
- [ ] Verborrea
- [ ] Balbucea
- [ ] Monótona
- [ ] Divaga
- [ ] Mudo
- [ ] Lento
- [ ] Deterioro del lenguaje



Dra. Yazmín Ríos Rodríguez    PF CPAS
Psicóloga Clínica
Lic. P.R. #2588
Medical Center Plaza # 740 • Suite 202 Ave. Hostos
Mayagüez, P.R 00682-1540 | **787-444-1120**

Número **8582**

Alérgica/o: _____

## PROCESOS COGNOSCITIVOS

### Estado de Conciencia
- [x] Alerta
- [ ] Letárgico
- [ ] Nublado
- [ ] Soñoliento
- [ ] Estuporoso

MgH ...

### Orientación
- [ ] Orientado-tiempo, lugar y persona
- [x] Desorientado
- [ ] Otros: _____

### Atención
- [x] DLN
- [ ] Distraído
- [ ] Lapso de atención breve
- [ ] Otros: _____

### Percepción
- [x] DLN
- [ ] Alucinaciones Visuales
- [ ] Alucinaciones Auditivas
- [ ] Alucinaciones Táctiles
- [ ] Alucinaciones Olfativas
- [ ] Otros: _____

### Proceso de Pensamiento/Contenido
- [ ] DLN
- [x] Fuga de ideas
- [ ] Circunstancial
- [ ] Tangencial
- [ ] Pérdida de asociaciones
- [ ] Bloqueos
- [ ] Persevera
- [ ] Incoherente
- [ ] Idea de referencia
- [ ] Confusión
- [ ] Obsesivo Compulsivo
- [ ] Ideación Suicida
- [ ] Autodestrucción
- [ ] Ideación Homicida
- [ ] Delirio de: _____
- [ ] Otros: _____

### Inteligencia
- [ ] Superior
- [ ] Sobre Promedio
- [ ] Promedio
- [ ] Promedio Bajo
- [ ] Fronterizo
- [ ] Deficiente
- [ ] No se puede Determinar
- [ ] Otros: _____

### Memoria
- [x] Intacta
- [ ] Dificultad Memoria Inmediata
- [ ] Dificultad Memoria Reciente
- [ ] Dificultad Memoria Remota
- [ ] Confabulación
- [ ] Amnesia
- [ ] Otros: _____

### Introspección
- [ ] DLN
- [x] Limitada dificultad en reconocer el problema
- [ ] Acusa a otros del Problema
- [ ] Niega el Problema
- [ ] Otros: _____

### Juicio
- [ ] Bueno
- [x] Promedio
- [ ] Limitado Deterioro
- [ ] No puede tomar decisiones básicas

## Acción: (Describa la intervención y tarea de acuerdo al plan de tratamiento establecido)

- [ ] Terapia Cognitiva
- [ ] Terapia Trauma
- [ ] Terapia Conductual
- [ ] Desarrollo de Introspección
- [ ] Cognitivo-conductual

- [ ] Empoderamiento/Autoestima
- [ ] Entrevista Motivacional
- [ ] Manejo de Crisis
- [ ] Terapia enfocada en la Solución
- [x] Expresión de Sentimientos

- [ ] Apoyo Emocional
- [ ] Psicoeducación
- [x] Terapia Creativa
- [ ] Otro: _____

### Impresión diagnóstica según ICD-10:

F-43.10

### Plan: (Plan de intervención para la próxima cita)

- [x] Continuar Tratamiento: _____
- [ ] Referir a otra modalidad de tratamiento. Explica: _____
- [ ] Alta: cumplió con el Plan

**Comentarios:** Se coordino cita para prox mes

26/enero/23
Fecha

Dra. Yazmín Ríos Rodríguez
Psicóloga Clínica
Licencia de PR #2588



Número: 8582
Alérgica/o:

Medical Center Plaza
740 Avenida Hostos
Suite #213
Sultana, Mayagüez, P.R. 00682-1540

## Nota Psicoterapéutica

| 1. Entrevista inicial | x 2. Terapia Individual | 3. Terapia de Grupo | 4. Terapia de Familia | 5. Terapia de Juego | 6. Otro |

Nombre: Pedro Romero Fecha: 4 de febrero de 2023    Hora Entrada: 9:00am   Hora Salida: 10:00am

**Subjetivo:**(Síntomas actuales, incluye citar al verbatim la queja que presenta el/la cliente)

Participante asiste presencial y refiere como motivo de estado de ánimo deprimido y angustia. Identifico como estresor situacional el factor económico y como precipitante situación laboral. Reportó en consulta "tengo mucho coraje y me troncharon la vida". Se trabajó estabilización emocional y evaluación de medicamentos y orientación sobre uso (Wellbutrin, Restoril y Depakote). Se mostró desesperado, llorando y emocionalmente inestable pro lo que se trabajaron estrategias de regulación emocional. Se descartó peligrosidad por ausencia de ideación suicida u homicida y ausencia de disturbios perceptuales.

## EXAMEN MENTAL

### Apariencia / Contacto Visual / Conducta Y Actividad Psicomotora

| Apariencia | | Contacto Visual | | Conducta Y Actividad Psicomotora | | | |
|---|---|---|---|---|---|---|---|
| X | Edad reportada | | Evita contacto | X | Cooperador | | Enfadado | | Inmaduro |
| | Aparenta mayor de edad | X | Mantiene contacto | | Encamado | | Ambivalente | | Destructivo |
| | Aparenta menor de edad | | Mirada al vacío | | Silla de ruedas | | Competitivo | | Provocativo |
| X | Pulcro | | Dificultad al mantener contacto visual | | Demandante y dominante | | Pasivo | | Manipulador |
| | Pobre higiene | | | | Sumiso | X | Apático, aislado | | Lloroso |
| | Desaliñado | | | | Distraído | | Suspicaz | | Temeroso |
| | Ropa extravagante | | Otros: ___ | | | | Impulsivo | | Preocupado |
| | Tatuajes | | | | | | | |

### Conducta Motora / Afecto

| Conducta Motora | | | | Afecto | | |
|---|---|---|---|---|---|---|
| x | DLN (límite normal) | | Pobre coordinación | X | DNL | | Lábil |
| | Hiperactivo | | Repetitivo | | Incongruente con ánimo | | Restringido |
| | Lento o hipo activo | | Peculiar | | Embotado | | Chatarra afectiva |
| | Inquieto | | | | Eufórico | | Disfórico |
| | "Tic" nervioso | | Otros: ___ | | Anhedonia | | |
| | | | | | | | Otros: ___ |

### Estado de Ánimo / Lenguaje

| Estado de Ánimo | | | | Lenguaje | | |
|---|---|---|---|---|---|---|
| | DLN (límite normal) | | Culpable | X | DLN | | Verborrea |
| | Excitado | x | Deprimido, triste | | Quejoso | | Balbucea |
| | Exaltado | | Ansioso, temeroso | | Gritando | | Monótona |
| | Eufórico | | Hostil | | Forzado, presionado | | Divaga |
| | Optimista, alegre | | Enojado | | Tono de voz bajo | | Mudo |
| | Pesimista | | Irritado | | Tartamudeo | | Lento |
| | Suspicaz | x | Angustiado | | Ecolalia Incomprensible | | Deterioro del lenguaje |



Número: 8582
Alérgica/o:

Medical Center Plaza
740 Avenida Hostos
Suite #213
Sultana, Mayagüez, P.R. 00682-1540

## PROCESOS COGNOSCITIVOS

### Estado de Conciencia
- [X] Alerta
- [ ] Letárgico
- [ ] Nublado
- [ ] Soñoliento
- [ ] Estuporoso

### Orientación
- [X] Orientado-tiempo, lugar y persona
- [ ] Desorientado
- [ ] Otros:_____

### Atención
- [X] DLN
- [ ] Distraído
- [ ] Lapso de atención breve
- [ ] Otros:_____

### Percepción
- [X] DLN
- [ ] Alucinaciones Visuales
- [ ] Alucinaciones Auditivas
- [ ] Alucinaciones Táctiles
- [ ] Alucinaciones Olfativas
- [ ] Otros:_____

### Proceso de Pensamiento/Contenido
- [ ] DLN
- [ ] Fuga de ideas
- [X] Circunstancial
- [ ] Tangencial
- [ ] Pérdida de asociaciones
- [ ] Bloqueos
- [ ] Persevera
- [ ] Incoherente
- [ ] Idea de referencia
- [ ] Confusión
- [ ] Obsesivo Compulsivo
- [ ] Ideación Suicida
- [ ] Autodestrucción
- [ ] Ideación Homicida
- [X] Delirio de: Persecución
- [ ] Otros:_____

### Inteligencia
- [ ] Superior
- [ ] Sobre Promedio
- [ ] Promedio
- [ ] Promedio Bajo
- [ ] Fronterizo
- [ ] Deficiente
- [ ] No se puede Determinar
- [ ] Otros:_____

### Memoria
- [X] Intacta
- [ ] Dificultad Memoria Inmediata
- [ ] Dificultad Memoria Reciente
- [ ] Dificultad Memoria Remota
- [ ] Confabulación
- [ ] Amnesia
- [ ] Otros:_____

### Introspección
- [ ] DLN
- [X] Limitada dificultad en reconocer el problema
- [ ] Acusa a otros del Problema
- [ ] Niega el Problema
- [ ] Otros:_____

### Juicio
- [ ] Bueno
- [X] Promedio
- [ ] Limitado Deterioro
- [ ] No puede tomar decisiones básicas

**Acción:** (Describa la intervención y tarea de acuerdo con el plan de tratamiento establecido)

Terapia Cognitiva
Terapia Trauma
Terapia Conductual
Desarrollo de Introspección
Cognitivo-conductual

Empoderamiento/Autoestima
Entrevista Motivacional
Manejo de Crisis
Terapia enfocada en la Solución

- [ ] Expresión de Sentimientos
Apoyo Emocional
x Psicoeducación
Terapia Creativa
x Otro: DBT

**Impresión diagnóstica según ICD-10: F43.10**

**Plan:** (Plan de intervención para la próxima cita)

X Continuar Tratamiento: CITA SEGUIMIENTO MENSUAL PARA ESTABILIZACION EMOCIONAL
Referir a otra modalidad de tratamiento. Explica:
Alta: cumplió con el Plan

**Comentarios:**

_____
Dra. Yazmín Ríos-Rodríguez
Psicóloga Clínica
Lic. de P.R. # 2588
Registro # CPPF 08-019
Registro # CPAS 08-005

4 de febrero de 2023
Fecha



Número:8582

Alérgica/o: _____

Medical Center Plaza
740 Avenida Hostos
Suite #203
Sultana, Mayagüez, P.R. 00682-1540

## Nota Psicoterapéutica

| X 1. Entrevista inicial | 2. Terapia Individual | 3. Terapia de Grupo | 4. Terapia de Familia | 5. Terapia de Juego | 6. Otro |

Nombre: Pedro Romero _____ Fecha: 9 de febrero de 2023. Hora Entrada: 9:00   Hora Salida: 10:00

**Subjetivo:**(Síntomas actuales, incluye citar al verbatim la queja que presenta el/la cliente)

Px indica sentirse de mal estado de ánimo. Refiere sentirse muy deprimido y ansioso. Señala sentir mucho

dolor. Se mostro lloroso y ansioso. Se realizo ejercicio de relajación para canalizar estado de ánimo. Px

nego idea suicida u homicida.

## EXAMEN MENTAL

### Apariencia
- [x] Edad reportada
- [ ] Aparenta mayor de edad
- [ ] Aparenta menor de edad
- [ ] Pulcro
- [ ] Pobre higiene
- [ ] Desaliñado
- [ ] Ropa extravagante
- [ ] Tatuajes

### Contacto Visual
- [x] Evita contacto
- [ ] Mantiene contacto
- [ ] Mirada al vacío
- [ ] Dificultad al mantener contacto visual
- [ ] Otros: _____

### Conducta Y Actividad Psicomotora
- [x] Cooperador
- [ ] Encamado
- [ ] Silla de ruedas
- [ ] Demandante y dominante
- [ ] Sumiso
- [ ] Distraído
- [ ] Enfadado
- [ ] Ambivalente
- [ ] Competitivo
- [ ] Pasivo
- [ ] Apático, aislado
- [ ] Suspicaz
- [ ] Impulsivo
- [ ] Inmaduro
- [ ] Destructivo
- [ ] Provocativo
- [ ] Manipulador
- [ ] Lloroso
- [ ] Temeroso
- [ ] Preocupado

### Conducta Motora
- [ ] DLN (limite normal)
- [ ] Hiperactivo
- [x] Lento o hipo activo
- [ ] Inquieto
- [ ] "Tic" nervioso
- [ ] Pobre coordinación
- [ ] Repetitivo
- [ ] Peculiar
- [ ] Otros: _____

### Afecto
- [x] DNL
- [ ] Incongruente con ánimo
- [ ] Embotado
- [ ] Eufórico
- [ ] Anhedonia
- [ ] Lábil
- [ ] Restringido
- [ ] Chatarra afectiva
- [ ] Disfórico
- [ ] Otros: _____

### Estado de Ánimo
- [ ] DLN (limite normal)
- [ ] Excitado
- [ ] Exaltado
- [ ] Eufórico
- [ ] Optimista, alegre
- [ ] Pesimista
- [ ] Suspicaz
- [ ] Culpable
- [ ] Deprimido, triste
- [x] Ansioso, temeroso
- [ ] Hostil
- [ ] Enojado
- [ ] Irritado
- [ ] Angustiado

### Lenguaje
- [ ] DLN
- [ ] Quejoso
- [ ] Gritando
- [ ] Forzado, presionado
- [x] Tono de voz bajo
- [ ] Tartamudeo
- [ ] Ecolalia
- [ ] Incomprensible
- [ ] Verborrea
- [ ] Balbucea
- [ ] Monótona
- [ ] Divaga
- [ ] Mudo
- [ ] Lento
- [ ] Deterioro del lenguaje



Número:8582

Alérgica/o: _____

Medical Center Plaza
740 Avenida Hostos
Suite #203
Sultana, Mayagüez, P.R. 00682-1540

## ROCESOS COGNOSCITIVOS

### Estado de Conciencia
- [X] Alerta
- [ ] Letárgico
- [ ] Nublado
- [ ] Soñoliento
- [ ] Estuporoso

### Orientación
- [X] Orientado-tiempo, lugar y persona
- [ ] Desorientado
- [ ] Otros:_____

### Atención
- [X] DLN
- [ ] Distraído
- [ ] Lapso de atención breve
- [ ] Otros:_____

### Percepción
- [X] DLN
- [ ] Alucinaciones Visuales
- [ ] Alucinaciones Auditivas
- [ ] Alucinaciones Táctiles
- [ ] Alucinaciones Olfativas
- [ ] Otros:_____

### Proceso de Pensamiento/Contenido
- [ ] DLN
- [X] Fuga de Ideas
- [ ] Circunstancial
- [ ] Tangencial
- [ ] Pérdida de asociaciones
- [ ] Bloqueos
- [ ] Persevera
- [ ] Incoherente
- [ ] Idea de referencia
- [ ] Confusión
- [ ] Obsesivo Compulsivo
- [ ] Ideación Suicida
- [ ] Autodestrucción
- [ ] Ideación Homicida
- [ ] Delirio de: _____
- [ ] Otros: _____

### Inteligencia
- [ ] Superior
- [ ] Sobre Promedio
- [ ] Promedio
- [ ] Promedio Bajo
- [ ] Fronterizo
- [ ] Deficiente
- [X] No se puede Determinar
- [ ] Otros: _____

### Memoria
- [X] Intacta
- [ ] Dificultad Memoria Inmediata
- [ ] Dificultad Memoria Reciente
- [ ] Dificultad Memoria Remota
- [ ] Confabulación
- [ ] Amnesia
- [ ] Otros:_____

### Introspección
- [ ] DLN
- [X] Limitada dificultad en reconocer el problema
- [ ] Acusa a otros del Problema
- [ ] Niega el Problema
- [ ] Otros: _____

### Juicio
- [X] Bueno
- [ ] Promedio
- [ ] Limitado Deterioro
- [ ] No puede tomar decisiones básicas

---

**Acción:**(Describa la intervención y tarea de acuerdo al plan de tratamiento establecido)
- [ ] Terapia Cognitiva
- [ ] Terapia Trauma
- [ ] Terapia Conductual
- [ ] Desarrollo de Introspección
- [ ] Cognitivo-conductual
- [ ] Empoderamiento/Autoestima
- [ ] Entrevista Motivacional
- [ ] Manejo de Crisis
- [ ] Terapia enfocada en la Solución
- [X] Expresión de Sentimientos
- [ ] Apoyo Emocional
- [ ] Psicoeducación
- [ ] Terapia Creativa

**Impresión diagnóstica según ICD-10:**

YRR

F.41.8   F.43.10

**Plan:**(Plan de intervención para la próxima cita)

- [ ] Continuar Tratamiento: Estimulación cognitiva
- [ ] Referir a otra modalidad de tratamiento. Explica: _____
- [ ] Alta: cumplió con el Plan

**Comentarios: Se coordino cita bisemanal.**

9 de febrero de 2023

_____
Fecha

_____
Dra. Yazmín Ríos Rodríguez
Psicóloga Clínica
Licencia de PR #2588

Dra. Yazmín Ríos Rodríguez, Ps., PPP CPAS
Psicóloga Clínica
Lic. P.R. #2588
Medical Center Plaza # 740 • Suite 202 Ave. Hostos
Mayagüez, P.R 00682-1540 | **787-444-1120**

Número _____
Alérgica/o: _____

# Nota Psicoterapéutica

☐1.Entrevista inicial  ☑2.Terapia Individual  ☐3.Terapia de Grupo  ☐4.Terapia de Familia  ☐5.Terapia de Juego  ☐6.Otro

Nombre: Pedro Romero _____ Fecha: 4-3-23 _ Hora Entrada: 9am Hora Salida 10am

**Subjetivo:** (Síntomas actuales, incluye citar al verbatim la queja que presenta el/la cliente)

Paciente asiste puntual y refiere como motivo de consulta, presencia de "me falta el aire, quiero gritar, me dan ganas de salir corriendo y pienso que me voy a morir. Reporto" tengo mucho coraje" Presentó sintomatología general y no se pudo realizar los tratamientos. Se trabajó estabilización emocional. Niega presencia de ideaciones y disturbios perceptuales.

---

## EXAMEN MENTAL

### Apariencia
- [x] Edad reportada
- [ ] Aparenta-mayor de edad
- [ ] Aparenta menor de edad
- [x] Pulcro
- [ ] Pobre higiene
- [ ] Desaliñado
- [ ] Ropa extravagante
- [ ] Tatuajes

### Contacto Visual
- [x] Evita contacto
- [ ] Mantiene contacto
- [x] Mirada al vacío
- [x] Dificultad al mantener contacto visual
- [ ] Otros: _____

### Conducta Y Actividad Psicomotora
- [x] Cooperador
- [ ] Encamado
- [ ] Silla de ruedas
- [ ] Demandante y dominante
- [ ] Sumiso
- [ ] Distraído
- [ ] Enfadado
- [ ] Ambivalente
- [ ] Competitivo
- [ ] Pasivo
- [ ] Apático, aislado
- [ ] Suspicaz
- [ ] Impulsivo
- [ ] Inmaduro
- [ ] Destructivo
- [ ] Provocativo
- [ ] Manipulador
- [x] Lloroso ✶
- [x] Temeroso
- [x] Preocupado

### Conducta Motora
- [x] DLN (límite normal)
- [ ] Hiperactivo
- [ ] Lento o hipo activo
- [ ] Inquieto
- [ ] "Tic" nervioso
- [ ] Pobre coordinación
- [ ] Repetitivo
- [ ] Peculiar
- [ ] Otros: _____

### Afecto
- [ ] DNL
- [ ] Incongruente con ánimo
- [ ] Embotado
- [ ] Eufórico
- [ ] Anhedonia
- [ ] Lábil
- [ ] Restringido
- [ ] Chatarra afectiva
- [ ] Disfórico
- [ ] Otros: _____

### Estado de Ánimo
- [x] DLN (límite normal)
- [ ] Excitado
- [ ] Exaltado
- [ ] Eufórico
- [ ] Optimista, alegre
- [ ] Pesimista
- [ ] Suspicaz
- [ ] Culpable
- [ ] Deprimido, triste
- [x] Ansioso, temeroso ✶
- [x] Hostil
- [ ] Enojado
- [ ] Irritado
- [ ] Angustiado

### Lenguaje
- [x] DLN
- [ ] Quejoso
- [ ] Gritando
- [ ] Forzado, presionado
- [ ] Tono de voz bajo
- [ ] Tartamudeo
- [ ] Ecolalia
- [ ] Incomprensible
- [ ] Verborrea
- [ ] Balbucea
- [ ] Monótona
- [ ] Divaga
- [ ] Mudo
- [ ] Lento
- [ ] Deterioro del lenguaje



Dra. Yazmín Ríos Rodríguez, PsyD CPPF CPAS
Psicóloga Clínica
Lic. P.R. #2588
Medical Center Plaza # 740 • Suite 202 Ave. Hostos
Mayagüez, P.R 00682-1540 | 787-444-1120

Número _____ 8588 _____

Alérgica/o: _____

## PROCESOS COGNOSCITIVOS

### Estado de Conciencia
- [x] Alerta
- [ ] Letárgico
- [ ] Nublado
- [ ] Soñoliento
- [ ] Estuporoso

### Orientación
- [x] Orientado-tiempo, lugar y persona
- [ ] Desorientado
- [ ] Otros:_____

### Atención
- [x] DLN
- [ ] Distraído
- [ ] Lapso de atención breve
- [ ] Otros:_____

### Percepción
- [x] DLN
- [ ] Alucinaciones Visuales
- [ ] Alucinaciones Auditivas
- [ ] Alucinaciones Táctiles
- [ ] Alucinaciones Olfativas
- [ ] Otros:_____

### Proceso de Pensamiento/Contenido
- [x] DLN
- [ ] Fuga de ideas
- [ ] Circunstancial
- [ ] Tangencial
- [ ] Pérdida de asociaciones
- [ ] Bloqueos
- [ ] Persevera
- [ ] Incoherente
- [ ] Idea de referencia
- [ ] Confusión
- [ ] Obsesivo Compulsivo
- [ ] Ideación Suicida
- [ ] Autodestrucción
- [ ] Ideación Homicida
- [ ] Delirio de: _____
- [ ] Otros: _____

### Inteligencia
- [ ] Superior
- [ ] Sobre Promedio
- [ ] Promedio
- [ ] Promedio Bajo
- [ ] Fronterizo
- [ ] Deficiente
- [ ] No se puede Determinar
- [ ] Otros: _____

### Memoria
- [x] Intacta
- [ ] Dificultad Memoria Inmediata
- [ ] Dificultad Memoria Reciente
- [ ] Dificultad Memoria Remota
- [ ] Confabulación
- [ ] Amnesia
- [ ] Otros: _____

### Introspección
- [ ] DLN
- [ ] Limitada dificultad en reconocer el problema
- [x] Acusa a otros del Problema
- [ ] Niega el Problema
- [ ] Otros: _____

### Juicio
- [ ] Bueno
- [ ] Promedio
- [x] Limitado Deterioro
- [ ] No puede tomar decisiones básicas

**Acción:** (Describa la intervención y tarea de acuerdo al plan de tratamiento establecido)

- [ ] Terapia Cognitiva
- [ ] Terapia Trauma
- [ ] Terapia Conductual
- [ ] Desarrollo de Introspección
- [ ] Cognitivo-conductual
- [ ] Empoderamiento/Autoestima
- [ ] Entrevista Motivacional
- [x] Manejo de Crisis
- [ ] Terapia enfocada en la Solución
- [ ] Expresión de Sentimientos
- [ ] Apoyo Emocional
- [ ] Psicoeducación
- [ ] Terapia Creativa
- [ ] Otro: _____

**Impresión diagnóstica según ICD-10:**   F. 43.10

**Plan:** (Plan de intervención para la próxima cita)

- [x] Continuar Tratamiento: _Mindfulness 2 (persona espo..) Marzo 30_
- [ ] Referir a otra modalidad de tratamiento. Explica: _____
- [ ] Alta: cumplió con el Plan

**Comentarios:** _Tarea: se le dieron ejercicios de manejo del coraje._

4-3-2023
Fecha

Dra. Yazmín Ríos Rodríguez
Psicóloga Clínica
Licencia de PR #2588



Número:8582

Alérgica/o: _____

Medical Center Plaza
740 Avenida Hostos
Suite #203
Sultana, Mayagüez, P.R. 00682-1540

## Nota Psicoterapéutica

| X 1. Entrevista inicial | 2. Terapia Individual | 3. Terapia de Grupo | 4. Terapia de Familia | 5. Terapia de Juego | 6. Otro |
|---|---|---|---|---|---|

Nombre: Pedro Romero                    Fecha: 9 de marzo de 2023.  Hora Entrada:  9:00    Hora Salida: 10:00

**Subjetivo:**(Síntomas actuales, incluye citar al verbatim la queja que presenta el/la cliente)

Px indica sentirse muy triste y lloroso. Refiere que no se entiende. Indica que la depresión es cada vez mas.

Se brindo espacio para ventilar  y se hizo búsqueda de soluciones. Px nego idea suicida u homicida.

### EXAMEN MENTAL

#### Apariencia
- [X] Edad reportada
- [ ] Aparenta mayor de edad
- [ ] Aparenta menor de edad
- [ ] Pulcro
- [ ] Pobre higiene
- [ ] Desaliñado
- [ ] Ropa extravagante
- [ ] Tatuajes

#### Contacto Visual
- [X] Evita contacto
- [ ] Mantiene contacto
- [ ] Mirada al vacío
- [ ] Dificultad al mantener contacto visual
- [ ] Otros: _____

#### Conducta Y Actividad Psicomotora
- [X] Cooperador
- [ ] Encamado
- [ ] Silla de ruedas
- [ ] Demandante y dominante
- [ ] Sumiso
- [ ] Distraído
- [ ] Enfadado
- [ ] Ambivalente
- [ ] Competitivo
- [ ] Pasivo
- [ ] Apático, aislado
- [ ] Suspicaz
- [ ] Impulsivo
- [ ] Inmaduro
- [ ] Destructivo
- [ ] Provocativo
- [ ] Manipulador
- [ ] Lloroso
- [ ] Temeroso
- [ ] Preocupado

#### Conducta Motora
- [ ] DLN (límite normal)
- [ ] Hiperactivo
- [X] Lento o hipo activo
- [ ] Inquieto
- [ ] "Tic" nervioso
- [ ] Pobre coordinación
- [ ] Repetitivo
- [ ] Peculiar
- [ ] Otros: _____

#### Afecto
- [X] DNL
- [ ] Incongruente con ánimo
- [ ] Embotado
- [ ] Eufórico
- [ ] Anhedonia
- [ ] Lábil
- [ ] Restringido
- [ ] Chatarra afectiva
- [ ] Disfórico
- [ ] Otros: _____

#### Estado de Ánimo
- [ ] DLN (límite normal)
- [ ] Excitado
- [ ] Exaltado
- [ ] Eufórico
- [ ] Optimista, alegre
- [ ] Pesimista
- [ ] Suspicaz
- [ ] Culpable
- [ ] Deprimido, triste
- [X] Ansioso, temeroso
- [ ] Hostil
- [ ] Enojado
- [ ] Irritado
- [ ] Angustiado

#### Lenguaje
- [ ] DLN
- [ ] Quejoso
- [ ] Gritando
- [ ] Forzado, presionado
- [X] Tono de voz bajo
- [ ] Tartamudeo
- [ ] Ecolalia
- [ ] Incomprensible
- [ ] Verborrea
- [ ] Balbucea
- [ ] Monótona
- [ ] Divaga
- [ ] Mudo
- [ ] Lento
- [ ] Deterioro del lenguaje



Número:8582

Alérgica/o: _____

Medical Center Plaza
740 Avenida Hostos
Suite #203
Sultana, Mayagüez, P.R. 00682-1540

## ROCESOS COGNOSCITIVOS

| Estado de Conciencia | Orientación | Atención | Percepción |
|---|---|---|---|
| [X] Alerta | [X] Orientado-tiempo, lugar y persona | [X] DLN | [X] DLN |
| [ ] Letárgico | [ ] Desorientado | [ ] Distraído | [ ] Alucinaciones Visuales |
| [ ] Nublado | | [ ] Lapso de atención breve | [ ] Alucinaciones Auditivas |
| [ ] Soñoliento | [ ] Otros:_____ | | [ ] Alucinaciones Táctiles |
| [ ] Estuporoso | | [ ] Otros:_____ | [ ] Alucinaciones Olfativas |
| | | | [ ] Otros:_____ |

| Proceso de Pensamiento/Contenido | | Inteligencia | Memoria |
|---|---|---|---|
| [ ] DLN | [ ] Confusión | [ ] Superior | [X] Intacta |
| [X] Fuga de ideas | [ ] Obsesivo Compulsivo | [ ] Sobre Promedio | [ ] Dificultad Memoria Inmediata |
| [ ] Circunstancial | [ ] Ideación Suicida | [ ] Promedio | [ ] Dificultad Memoria Reciente |
| [ ] Tangencial | [ ] Autodestrucción | [ ] Promedio Bajo | [ ] Dificultad Memoria Remota |
| [ ] Pérdida de asociaciones | [ ] Ideación Homicida | [ ] Fronterizo | [ ] Confabulación |
| [ ] Bloqueos | [ ] Delirio de: _____ | [ ] Deficiente | [ ] Amnesia |
| [ ] Persevera | | [X] No se puede Determinar | |
| [ ] Incoherente | [ ] Otros: _____ | [ ] Otros: _____ | [ ] Otros: _____ |
| [ ] Idea de referencia | | | |

| Introspección | | Juicio | |
|---|---|---|---|
| [ ] DLN | [ ] Niega el Problema | [X] Bueno | [ ] No puede tomar decisiones básicas |
| [X] Limitada dificultad en reconocer el problema | [ ] Otros: _____ | [ ] Promedio | |
| [ ] Acusa a otros del Problema | | [ ] Limitado Deterioro | |

**Acción:**(Describa la intervención y tarea de acuerdo al plan de tratamiento establecido)

- [ ] Terapia Cognitiva
- [ ] Terapia Trauma
- [ ] Terapia Conductual
- [ ] Desarrollo de Introspección
- [ ] Cognitivo-conductual
- [ ] Empoderamiento/Autoestima
- [ ] Entrevista Motivacional
- [ ] Manejo de Crisis
- [ ] Terapia enfocada en la Solución
- [X] Expresión de Sentimientos
- [ ] Apoyo Emocional
- [ ] Psicoeducación
- [ ] Terapia Creativa

**Impresión diagnóstica según ICD-10:**

### F.43.10

**Plan:**(Plan de intervención para la próxima cita)

x Continuar Tratamiento:
- [ ] Referir a otra modalidad de tratamiento, Explica: _____
- [ ] Alta: cumplió con el Plan

**Comentarios:** Se coordino cita bisemanal.

9 de MARZO de 2023

_____
Fecha

_____
Dra. Yazmín Ríos Rodríguez
Psicóloga Clínica
Licencia de PR #2588



Número:8582

Alérgica/o: _____

Medical Center Plaza
740 Avenida Hostos
Suite #203
Sultana, Mayagüez, P.R. 00682-1540

## Nota Psicoterapéutica

| X 1. Entrevista inicial | 2. Terapia Individual | 3. Terapia de Grupo | 4. Terapia de Familia | 5. Terapia de Juego | 6. Otro |

Nombre: Pedro Romero _____ Fecha: 25 de marzo de 2023. Hora Entrada: 9:00 Hora Salida: 10:00

**Subjetivo:**(Síntomas actuales, incluye citar al verbatim la queja que presenta el/la cliente)

Px indica sentirse deteriorado. Refiere que siente muchos emociones. Indica que no puede dormir bien.

Refiere sentirse muy triste. Durante la intervención se brindó espacio para ventilar. Px negó idea suicida u

homicida.

### EXAMEN MENTAL

**Apariencia**

| | |
|---|---|
| X | Edad reportada |
| | Aparenta mayor de edad |
| | Aparenta menor de edad |
| | Pulcro |
| | Pobre higiene |
| | Desaliñado |
| | Ropa extravagante |
| | Tatuajes |

**Contacto Visual**

| | |
|---|---|
| X | Evita contacto |
| | Mantiene contacto |
| | Mirada al vacío |
| | Dificultad al mantener contacto visual |
| | Otros: _____ |

**Conducta Y Actividad Psicomotora**

| | | | |
|---|---|---|---|
| X | Cooperador | | Enfadado | | Inmaduro |
| | Encamado | | Ambivalente | | Destructivo |
| | Silla de ruedas | | Competitivo | | Provocativo |
| | Demandante y dominante | | Pasivo | | Manipulador |
| | Sumiso | | Apático, aislado | | Lloroso |
| | Distraído | | Suspicaz | | Temeroso |
| | | | Impulsivo | | Preocupado |

**Conducta Motora**

| | | | |
|---|---|---|---|
| | DLN (límite normal) | | Pobre coordinación |
| | Hiperactivo | | Repetitivo |
| X | Lento o hipo activo | | Peculiar |
| | Inquieto | | |
| | "Tic" nervioso | | Otros: _____ |

**Afecto**

| | | | |
|---|---|---|---|
| X | DNL | | Lábil |
| | Incongruente con ánimo | | Restringido |
| | Embotado | | Chatarra afectiva |
| | Eufórico | | Disfórico |
| | Anhedonia | | |
| | | | Otros: _____ |

**Estado de Ánimo**

| | | | |
|---|---|---|---|
| | DLN (límite normal) | | Culpable |
| | Excitado | | Deprimido, triste |
| | Exaltado | X | Ansioso, temeroso |
| | Eufórico | | Hostil |
| | Optimista, alegre | | Enojado |
| | Pesimista | | Irritado |
| | Suspicaz | | Angustiado |

**Lenguaje**

| | | | |
|---|---|---|---|
| | DLN | | Verborrea |
| | Quejoso | | Balbucea |
| | Gritando | | Monótona |
| | Forzado, presionado | | Divaga |
| X | Tono de voz bajo | | Mudo |
| | Tartamudeo | | Lento |
| | Ecolalia | | Deterioro del lenguaje |
| | Incomprensible | | |



Número: 8582

Alérgica/o: _____

Medical Center Plaza
740 Avenida Hostos
Suite #203
Sultana, Mayagüez, P.R. 00682-1540

## ROCESOS COGNOSCITIVOS

| Estado de Conciencia | Orientación | Atención | Percepción |
|---|---|---|---|
| [X] Alerta | [X] Orientado-tiempo, lugar y persona | [x] DLN | [X] DLN |
| [ ] Letárgico | [ ] Desorientado | [ ] Distraído | [ ] Alucinaciones Visuales |
| [ ] Nublado | | [ ] Lapso de atención breve | [ ] Alucinaciones Auditivas |
| [ ] Soñoliento | [ ] Otros:_____ | | [ ] Alucinaciones Táctiles |
| [ ] Estuporoso | | [ ] Otros:_____ | [ ] Alucinaciones Olfativas |
| | | | [ ] Otros:_____ |

| Proceso de Pensamiento/Contenido | | Inteligencia | Memoria |
|---|---|---|---|
| [ ] DLN | [ ] Confusión | [ ] Superior | [X] Intacta |
| [X] Fuga de ideas | [ ] Obsesivo Compulsivo | [ ] Sobre Promedio | [ ] Dificultad Memoria Inmediata |
| [ ] Circunstancial | [ ] Ideación Suicida | [ ] Promedio | [ ] Dificultad Memoria Reciente |
| [ ] Tangencial | [ ] Autodestrucción | [ ] Promedio Bajo | [ ] Dificultad Memoria Remota |
| [ ] Pérdida de asociaciones | [ ] Ideación Homicida | [ ] Fronterizo | [ ] Confabulación |
| [ ] Bloqueos | [ ] Delirio de:_____ | [ ] Deficiente | [ ] Amnesia |
| [ ] Persevera | | [X] No se puede Determinar | [ ] Otros:_____ |
| [ ] Incoherente | [ ] Otros:_____ | [ ] Otros:_____ | |
| [ ] Idea de referencia | | | |

| Introspección | | Juicio | |
|---|---|---|---|
| [ ] DLN | [ ] Niega el Problema | [X] Bueno | [ ] No puede tomar decisiones básicas |
| [X] Limitada dificultad en reconocer el problema | [ ] Otros:_____ | [ ] Promedio | |
| [ ] Acusa a otros del Problema | | [ ] Limitado Deterioro | |

**Acción:** (Describa la intervención y tarea de acuerdo al plan de tratamiento establecido)

- [ ] Terapia Cognitiva
- [ ] Terapia Trauma
- [ ] Terapia Conductual
- [ ] Desarrollo de Introspección
- [ ] Cognitivo-conductual
- [ ] Empoderamiento/Autoestima
- [ ] Entrevista Motivacional
- [ ] Manejo de Crisis
- [ ] Terapia enfocada en la Solución
- [X] Expresión de Sentimientos
- [ ] Apoyo Emocional
- [ ] Psicoeducación
- [ ] Terapia Creativa

**Impresión diagnóstica según ICD-10:**

### F.43.10

**Plan:** (Plan de intervención para la próxima cita)

x Continuar Tratamiento:

[ ] Referir a otra modalidad de tratamiento. Explica: _____

[ ] Alta: cumplió con el Plan

**Comentarios:** Se coordino cita bisemanal.

25 de MARZO de 2023

_____
Fecha

_____
Dra. Yazmín Ríos Rodríguez
Psicóloga Clínica
Licencia de PR #2588



Dra. Yazmín Ríos Rodríguez, PsyD CPPF CPAS
Psicóloga Clínica
Lic. P.R. #2588
Medical Center Plaza # 740 • Suite 202 Ave. Hostos,
Mayagüez, P.R 00682-1540 | **787-444-1120**

Número _**8882**_

Alérgica/o: _____

# Nota Psicoterapéutica

☐1.Entrevista inicial  ☑2.Terapia Individual  ☐3.Terapia de Grupo  ☐4.Terapia de Familia  ☐5.Terapia de Juego  ☐6.Otro

Nombre: _____ Fecha: **3-9-323** Hora Entrada: _____ Hora Salida _____

**Subjetivo:**(Síntomas actuales, incluye citar al verbatim la queja que presenta el/la cliente)

_Paciente refiere como motivo de visita depresión. Reportó asistir junto a su esposo, por pensamientos de muerte "me está guiado porque he pasado mirar mientras que". Negar plan estructurado suicida. Se trabajó intervención en crisis, los contratos y refiere a hospitalización. Negar presencia de alucinaciones o delirios._

---

## EXAMEN MENTAL

### Apariencia
- ☐ Edad reportada
- ☐ Aparenta mayor de edad
- ☐ Aparenta menor de edad
- ☑ Pulcro
- ☐ Pobre higiene
- ☐ Desaliñado
- ☐ Ropa extravagante
- ☐ Tatuajes

### Contacto Visual
- ☐ Evita contacto
- ☐ Mantiene contacto
- ☐ Mirada al vacío
- ☑ Dificultad al mantener contacto visual
- ☐ Otros: _____

### Conducta Y Actividad Psicomotora
- ☐ Cooperador
- ☐ Encamado
- ☐ Silla de ruedas
- ☐ Demandante y dominante
- ☐ Sumiso
- ☐ Distraído
- ☐ Enfadado
- ☐ Ambivalente
- ☐ Competitivo
- ☐ Pasivo
- ☐ Apático, aislado
- ☐ Suspicaz
- ☐ Impulsivo
- ☐ Inmaduro
- ☐ Destructivo
- ☐ Provocativo
- ☐ Manipulador
- ☐ Lloroso
- ☐ Temeroso
- ☐ Preocupado

### Conducta Motora
- ☐ DLN (límite normal)
- ☑ Hiperactivo
- ☑ Lento o hipo activo
- ☑ Inquieto
- ☐ "Tic" nervioso
- ☐ Pobre coordinación
- ☐ Repetitivo
- ☐ Peculiar
- ☐ Otros: _____

### Afecto
- ☐ DNL
- ☑ Incongruente con ánimo
- ☐ Embotado
- ☐ Eufórico
- ☐ Anhedonia
- ☐ Lábil
- ☐ Restríngido
- ☐ Chatarra afectiva
- ☐ Disfórico
- ☐ Otros: _____

### Estado de Ánimo
- ☐ DLN (límite normal)
- ☐ Excitado
- ☐ Exaltado
- ☐ Eufórico
- ☐ Optimista, alegre
- ☐ Pesimista
- ☐ Suspicaz
- ☐ Culpable
- ☑ Deprimido, triste
- ☐ Ansioso, temeroso
- ☐ Hostil
- ☐ Enojado
- ☐ Irritado
- ☐ Angustiado

### Lenguaje
- ☑ DLN
- ☑ Quejoso
- ☐ Gritando
- ☐ Forzado, presionado
- ☐ Tono de voz bajo
- ☐ Tartamudeo
- ☐ Ecolalia
- ☐ Incomprensible
- ☐ Verborrea
- ☐ Balbucea
- ☐ Monótona
- ☐ Divaga
- ☐ Mudo
- ☐ Lento
- ☐ Deterioro del lenguaje



Dra. Yazmín Ríos Rodríguez, PsyD CPA___A8
Psicóloga Clínica
Lic. P.R. #2588
Medical Center Plaza #.740 • Suite 202 Ave. Hostos
Mayagüez, P.R 00682-1540 | **787-444-1120**

Número BJ-82

Alérgica/o: _____

## PROCESOS COGNOSCITIVOS

### Estado de Conciencia
- [x] Alerta
- [ ] Letárgico
- [ ] Nublado
- [ ] Soñoliento
- [ ] Estuporoso

### Orientación
- [x] Orientado-tiempo, lugar y persona
- [ ] Desorientado
- [ ] Otros:_____

### Atención
- [ ] DLN
- [ ] Distraído
- [ ] Lapso de atención breve
- [ ] Otros:_____

### Percepción
- [ ] DLN
- [ ] Alucinaciones Visuales
- [ ] Alucinaciones Auditivas
- [ ] Alucinaciones Táctiles
- [ ] Alucinaciones Olfativas
- [ ] Otros:_____

### Proceso de Pensamiento/Contenido
- [ ] DLN
- [ ] Fuga de ideas
- [ ] Circunstancial
- [x] Tangencial
- [ ] Pérdida de asociaciones
- [ ] Bloqueos
- [ ] Persevera
- [ ] Incoherente
- [ ] Idea de referencia
- [ ] Confusión
- [ ] Obsesivo Compulsivo
- [ ] Ideación Suicida
- [ ] Autodestrucción
- [ ] Ideación Homicida
- [ ] Delirio de:_____
- [ ] Otros:_____

### Inteligencia
- [ ] Superior
- [ ] Sobre Promedio
- [x] Promedio
- [ ] Promedio Bajo
- [ ] Fronterizo
- [ ] Deficiente
- [ ] No se puede Determinar
- [ ] Otros:_____

### Memoria
- [x] Intacta
- [ ] Dificultad Memoria Inmediata
- [ ] Dificultad Memoria Reciente
- [ ] Dificultad Memoria Remota
- [ ] Confabulación
- [ ] Amnesia
- [ ] Otros:_____

### Introspección
- [x] DLN
- [ ] Limitada dificultad en reconocer el problema
- [ ] Acusa a otros del Problema
- [ ] Niega el Problema
- [ ] Otros:_____

### Juicio
- [ ] Bueno
- [x] Promedio
- [ ] Limitado Deterioro
- [ ] No puede tomar decisiones básicas

**Acción:** (Describa la intervención y tarea de acuerdo al plan de tratamiento establecido)

- [ ] Terapia Cognitiva
- [ ] Terapia Trauma
- [ ] Terapia Conductual
- [ ] Desarrollo de Introspección
- [ ] Cognitivo-conductual
- [ ] Empoderamiento/Autoestima
- [ ] Entrevista Motivacional
- [ ] Manejo de Crisis
- [ ] Terapia enfocada en la Solución
- [ ] Expresión de Sentimientos
- [ ] Apoyo Emocional
- [ ] Psicoeducación
- [ ] Terapia Creativa
- [ ] Otro:_____

**Impresión diagnóstica según ICD-10:** F43.10

_____

_____

**Plan:** (Plan de intervención para la próxima cita)

- [x] Continuar Tratamiento: _apoyo para seguimiento_
- [ ] Referir a otra modalidad de tratamiento. Explica: _____
- [ ] Alta: cumplió con el Plan

**Comentarios:** _____

_____

30-3-2023
Fecha

Dra. Yazmín Ríos Rodríguez
Psicóloga Clínica
Licencia de PR #2588



Dra. Yazmín Ríos Rodríguez, PsyD CPDF CPAS
Psicóloga Clínica
Lic. P.R. #2588
Medical Center Plaza # 740 • Suite 202 Ave. Hostos
Mayagüez, P.R 00682-1540 | 787-444-1120

Número: 8582

Alérgica/o: ______

# Nota Psicoterapéutica

☐ 1. Entrevista inicial ☑ 2. Terapia Individual ☐ 3. Terapia de Grupo ☐ 4. Terapia de Familia ☐ 5. Terapia de Juego ☐ 6. Otro

Nombre: Pedro Romero Fecha: 4-5-23 Hora Entrada: 11am Hora Salida: 12pm

**Subjetivo:** (Síntomas actuales, incluye citar al verbatim la queja que presenta el/la cliente)

Paciente asiste minutos tarde junto a su esposa. Motivo de consulta por el estado de ánimo deprimido. Regresa de hospitalización y refleja estabilidad emocional y mayor autocontrol. Cambio en medicación: Wellbutrin, Restoril y Depakote. Reportó dificultad para recordar si tomó medicación "me tomé un medicamento dos veces y me dio mucha ansiedad". Se orienta a su esposa sobre monitoreo. Niega ideaciones o disturbios perceptual. Tarea: Mindfulness

## EXAMEN MENTAL

**Apariencia**
- [x] Edad reportada
- [ ] Aparenta mayor de edad
- [ ] Aparenta menor de edad
- [x] Pulcro
- [ ] Pobre higiene
- [ ] Desaliñado
- [ ] Ropa extravagante
- [ ] Tatuajes

**Contacto Visual**
- [ ] Evita contacto
- [x] Mantiene contacto
- [ ] Mirada al vacío
- [ ] Dificultad al mantener contacto visual
- [ ] Otros: ______

**Conducta Y Actividad Psicomotora**
- [x] Cooperador
- [ ] Encamado
- [ ] Silla de ruedas
- [ ] Demandante y dominante
- [ ] Sumiso
- [ ] Distraído
- [ ] Enfadado
- [ ] Ambivalente
- [ ] Competitivo
- [ ] Pasivo
- [ ] Apático, aislado
- [ ] Suspicaz
- [ ] Impulsivo
- [ ] Inmaduro
- [ ] Destructivo
- [ ] Provocativo
- [ ] Manipulador
- [ ] Lloroso
- [ ] Temeroso
- [ ] Preocupado

**Conducta Motora**
- [ ] DLN (límite normal)
- [ ] Hiperactivo
- [x] Lento o hipo activo
- [ ] Inquieto
- [ ] "Tic" nervioso
- [ ] Pobre coordinación
- [ ] Repetitivo
- [ ] Peculiar
- [ ] Otros: ______

**Afecto**
- [x] DNL
- [ ] Incongruente con ánimo
- [ ] Embotado
- [ ] Eufórico
- [ ] Anhedonia
- [ ] Lábil
- [ ] Restringido
- [ ] Chatarra afectiva
- [ ] Disfórico
- [ ] Otros: ______

**Estado de Ánimo**
- [ ] DLN (límite normal)
- [ ] Excitado
- [ ] Exaltado
- [ ] Eufórico
- [ ] Optimista, alegre
- [ ] Pesimista
- [ ] Suspicaz
- [ ] Culpable
- [x] Deprimido, triste
- [ ] Ansioso, temeroso
- [ ] Hostil
- [ ] Enojado
- [ ] Irritado
- [ ] Angustiado

**Lenguaje**
- [x] DLN
- [ ] Quejoso
- [ ] Gritando
- [ ] Forzado, presionado
- [ ] Tono de voz bajo
- [ ] Tartamudeo
- [ ] Ecolalia
- [ ] Incomprensible
- [ ] Verborrea
- [ ] Balbucea
- [ ] Monótona
- [ ] Divaga
- [ ] Mudo
- [ ] Lento
- [ ] Deterioro del lenguaje



Dra. Yazmín Ríos Rodríguez, PsyD CPPF CPAS
Psicóloga Clínica
Lic. P.R. #2588
Medical Center Plaza # 740 • Suite 202 Ave. Hostos
Mayagüez, P.R 00682-1540 | 787-444-1120

Número  8582

Alérgica/o: _____

## PROCESOS COGNOSCITIVOS

### Estado de Conciencia
- [ ] Alerta
- [ ] Letárgico
- [ ] Nublado
- [ ] Soñoliento
- [ ] Estuporoso

### Orientación
- [x] Orientado-tiempo, lugar y persona
- [ ] Desorientado
- [ ] Otros:_____

### Atención
- [ ] DLN
- [ ] Distraído
- [ ] Lapso de atención breve
- [ ] Otros:_____

### Percepción
- [ ] DLN
- [ ] Alucinaciones Visuales
- [ ] Alucinaciones Auditivas
- [ ] Alucinaciones Táctiles
- [ ] Alucinaciones Olfativas
- [ ] Otros:_____

### Proceso de Pensamiento/Contenido
- [ ] DLN
- [ ] Fuga de ideas
- [x] Circunstancial
- [ ] Tangencial
- [ ] Pérdida de asociaciones
- [ ] Bloqueos
- [ ] Persevera
- [ ] Incoherente
- [ ] Idea de referencia
- [ ] Confusión
- [ ] Obsesivo Compulsivo
- [ ] Ideación Suicida
- [ ] Autodestrucción
- [ ] Ideación Homicida
- [ ] Delirio de: _____
- [ ] Otros: _____

### Inteligencia
- [ ] Superior
- [ ] Sobre Promedio
- [x] Promedio
- [ ] Promedio Bajo
- [ ] Fronterizo
- [ ] Deficiente
- [ ] No se puede Determinar
- [ ] Otros: _____

### Memoria
- [x] Intacta
- [ ] Dificultad Memoria Inmediata
- [ ] Dificultad Memoria Reciente
- [ ] Dificultad Memoria Remota
- [ ] Confabulación
- [ ] Amnesia
- [ ] Otros: _____

### Introspección
- [ ] DLN
- [ ] Limitada dificultad en reconocer el problema
- [x] Acusa a otros del Problema
- [ ] Niega el Problema
- [ ] Otros: _____

### Juicio
- [x] Bueno
- [ ] Promedio
- [ ] Limitado Deterioro
- [ ] No puede tomar decisiones básicas

## Acción: (Describa la intervención y tarea de acuerdo al plan de tratamiento establecido)

- [ ] Terapia Cognitiva
- [ ] Terapia Trauma
- [ ] Terapia Conductual
- [ ] Desarrollo de Introspección
- [ ] Cognitivo-conductual
- [ ] Empoderamiento/Autoestima
- [ ] Entrevista Motivacional
- [ ] Manejo de Crisis
- [ ] Terapia enfocada en la Solución
- [ ] Expresión de Sentimientos
- [ ] Apoyo Emocional
- [ ] Psicoeducación
- [ ] Terapia Creativa
- [x] Otro: _Esczes capoel_ _fintshess_

**Impresión diagnóstica según ICD-10:**

F43.10

**Plan: (Plan de intervención para la próxima cita)**

- [x] Continuar Tratamiento: _Mayo 11 seguimiento / Junio 1 finishes finds/sg_
- [ ] Referir a otra modalidad de tratamiento. Explica: _____
- [ ] Alta: cumplió con el Plan

**Comentarios:** _____

4-Mayo-2023
Fecha

Dra. Yazmín Ríos Rodríguez
Psicóloga Clínica
Licencia de PR #2588



Número:8582

Alérgica/o: _____

Medical Center Plaza
740 Avenida Hostos
Suite #203
Sultana, Mayagüez, P.R. 00682-1540

## Nota Psicoterapéutica

| X  1. Entrevista inicial | 2. Terapia Individual | 3. Terapia de Grupo | 4. Terapia de Familia | 5. Terapia de Juego | 6. Otro |

Nombre: Pedro Romero _____ Fecha: 11 de mayo de 2023  Hora Entrada:  10:00   Hora Salida: 11:00

**Subjetivo:**(Síntomas actuales, incluye citar al verbatim la queja que presenta el/la cliente)

Px menciona sentir dificultad para dormir. Señala que no recuerda mucho algunas situaciones. Px comienza

a llorar. Se utiliza el espacio para canalizar estado de ánimo.  Px negó idea suicida u homicida.

### EXAMEN MENTAL

**Apariencia**

| | |
|---|---|
| x | Edad reportada |
| | Aparenta mayor de edad |
| | Aparenta menor de edad |
| | Pulcro |
| | Pobre higiene |
| | Desaliñado |
| | Ropa extravagante |
| | Tatuajes |

**Contacto Visual**

| | |
|---|---|
| X | Evita contacto |
| | Mantiene contacto |
| | Mirada al vacío |
| | Dificultad al mantener contacto visual |
| | Otros: _____ |

**Conducta Y Actividad Psicomotora**

| | | | |
|---|---|---|---|
| X | Cooperador | | Enfadado | | Inmaduro |
| | Encamado | | Ambivalente | | Destructivo |
| | Silla de ruedas | | Competitivo | | Provocativo |
| | Demandante y dominante | | Pasivo | | Manipulador |
| | Sumiso | | Apático, aislado | | Lloroso |
| | Distraído | | Suspicaz | | Temeroso |
| | | | Impulsivo | | Preocupado |

**Conducta Motora**

| | | | |
|---|---|---|---|
| | DLN (límite normal) | | Pobre coordinación |
| | Hiperactivo | | Repetitivo |
| X | Lento o hipo activo | | Peculiar |
| | Inquieto | | |
| | "Tic" nervioso | | Otros: _____ |

**Afecto**

| | | | |
|---|---|---|---|
| X | DNL | | Lábil |
| | Incongruente con ánimo | | Restringido |
| | Embotado | | Chatarra afectiva |
| | Eufórico | | Disfórico |
| | Anhedonia | | |
| | | | Otros: _____ |

**Estado de Ánimo**

| | | | |
|---|---|---|---|
| | DLN (límite normal) | | Culpable |
| | Excitado | | Deprimido, triste |
| | Exaltado | X | Ansioso, temeroso |
| | Eufórico | | Hostil |
| | Optimista, alegre | | Enojado |
| | Pesimista | | Irritado |
| | Suspicaz | | Angustiado |

**Lenguaje**

| | | | |
|---|---|---|---|
| | DLN | | Verborrea |
| | Quejoso | | Balbucea |
| | Gritando | | Monótona |
| | Forzado, presionado | | Divaga |
| X | Tono de voz bajo | | Mudo |
| | Tartamudeo | | Lento |
| | Ecolalia | | Deterioro del lenguaje |
| | Incomprensible | | |



Número:8582

Alérgica/o: _____

Medical Center Plaza
740 Avenida Hostos
Suite #203
Sultana, Mayagüez, P.R. 00682-1540

## ROCESOS COGNOSCITIVOS

### Estado de Conciencia
- [X] Alerta
- [ ] Letárgico
- [ ] Nublado
- [ ] Soñoliento
- [ ] Estuporoso

### Orientación
- [X] Orientado-tiempo, lugar y persona
- [ ] Desorientado
- [ ] Otros:_____

### Atención
- [X] DLN
- [ ] Distraído
- [ ] Lapso de atención breve
- [ ] Otros:_____

### Percepción
- [X] DLN
- [ ] Alucinaciones Visuales
- [ ] Alucinaciones Auditivas
- [ ] Alucinaciones Táctiles
- [ ] Alucinaciones Olfativas
- [ ] Otros:_____

### Proceso de Pensamiento/Contenido
- [ ] DLN
- [X] Fuga de ideas
- [ ] Circunstancial
- [ ] Tangencial
- [ ] Pérdida de asociaciones
- [ ] Bloqueos
- [ ] Persevera
- [ ] Incoherente
- [ ] Idea de referencia
- [ ] Confusión
- [ ] Obsesivo Compulsivo
- [ ] Ideación Suicida
- [ ] Autodestrucción
- [ ] Ideación Homicida
- [ ] Delirio de: _____
- [ ] Otros:_____

### Inteligencia
- [ ] Superior
- [ ] Sobre Promedio
- [ ] Promedio
- [ ] Promedio Bajo
- [ ] Fronterizo
- [ ] Deficiente
- [X] No se puede Determinar
- [ ] Otros: _____

### Memoria
- [X] Intacta
- [ ] Dificultad Memoria Inmediata
- [ ] Dificultad Memoria Reciente
- [ ] Dificultad Memoria Remota
- [ ] Confabulación
- [ ] Amnesia
- [ ] Otros:_____

### Introspección
- [ ] DLN
- [X] Limitada dificultad en reconocer el problema
- [ ] Acusa a otros del Problema
- [ ] Niega el Problema
- [ ] Otros: _____

### Juicio
- [X] Bueno
- [ ] Promedio
- [ ] Limitado Deterioro
- [ ] No puede tomar decisiones básicas

**Acción:**(Describa la intervención y tarea de acuerdo al plan de tratamiento establecido)
- [ ] Terapia Cognitiva
- [ ] Terapia Trauma
- [ ] Terapia Conductual
- [ ] Desarrollo de Introspección
- [ ] Cognitivo-conductual
- [ ] Empoderamiento/Autoestima
- [ ] Entrevista Motivacional
- [ ] Manejo de Crisis
- [ ] Terapia enfocada en la Solución
- [X] Expresión de Sentimientos
- [ ] Apoyo Emocional
- [ ] Psicoeducación
- [ ] Terapia Creativa

**Impresión diagnóstica según ICD-10:**

F.43.10

**Plan:**(Plan de intervención para la próxima cita)

x Continuar Tratamiento:
- [ ] Referir a otra modalidad de tratamiento. Explica: _____
- [ ] Alta: cumplió con el Plan

**Comentarios:** Se coordino cita bisemanal.

11 de mayo de 2023
_____
Fecha

Dra. Yazmín Ríos Rodríguez
Psicóloga Clínica
Licencia de PR #2588

Número: 8582
Alérgica/o: _____

Medical Center Plaza
740 Avenida Hostos
Suite #213
Sultana, Mayagüez, P.R. 00682-1540

## Nota Psicoterapéutica

| 1. Entrevista inicial | x 2. Terapia Individual | 3. Terapia de Grupo | 4. Terapia de Familia | 5. Terapia de Juego | 6. Otro |
|---|---|---|---|---|---|

Nombre: Pedro Romero Fecha: 1 de junio de 2023 Hora Entrada: 2:00pm Hora Salida: 3:00pm

**Subjetivo:**(Síntomas actuales, incluye citar al verbatim la queja que presenta el/la cliente)

Participante fue atendido presencialmente y refiere como motivo de consulta estado de ánimo deprimido y angustia. Identificaron como precipitante y estresor situacional "tengo la paciencia limitada". Participante reporto "le estoy gritando a mi esposa y tratándola mal y no la quiero perder porque yo sin ella me muero". Se trabajó técnica de STOP como estrategia de afrontamiento. Se descartó peligrosidad por ausencia de ideación suicida u homicida y ausencia de disturbios perceptuales.

Tarea: STOP

## EXAMEN MENTAL

### Apariencia
| | |
|---|---|
| X | Edad reportada |
| | Aparenta mayor de edad |
| | Aparenta menor de edad |
| X | Pulcro |
| | Pobre higiene |
| | Desaliñado |
| | Ropa extravagante |
| | Tatuajes |

### Contacto Visual
| | |
|---|---|
| | Evita contacto |
| X | Mantiene contacto |
| | Mirada al vacío |
| | Dificultad al mantener contacto visual |
| | Otros: _____ |

### Conducta Y Actividad Psicomotora
| | | | |
|---|---|---|---|
| X | Cooperador | | Enfadado |
| | Encamado | | Ambivalente |
| | Silla de ruedas | | Competitivo |
| | Demandante y dominante | | Pasivo |
| | Sumiso | | Apático, aislado |
| | Distraído | | Suspicaz |
| | | | Impulsivo |
| | Inmaduro | | |
| | Destructivo | | |
| | Provocativo | | |
| | Manipulador | | |
| X | Lloroso | | |
| | Temeroso | | |
| X | Preocupado | | |

### Conducta Motora
| | | | |
|---|---|---|---|
| | DLN (límite normal) | | Pobre coordinación |
| | Hiperactivo | | Repetitivo |
| X | Lento o hipo activo | | Peculiar |
| | Inquieto | | |
| | "Tic" nervioso | | Otros: _____ |

### Afecto
| | |
|---|---|
| X | DNL |
| | Incongruente con ánimo |
| | Embotado |
| | Eufórico |
| | Anhedonia |
| | Lábil |
| | Restringido |
| | Chatarra afectiva |
| | Disfórico |
| | Otros: _____ |

### Estado de Ánimo
| | | | |
|---|---|---|---|
| | DLN (límite normal) | | Culpable |
| | Excitado | X | Deprimido, triste |
| | Exaltado | | Ansioso, temeroso |
| | Eufórico | | Hostil |
| | Optimista, alegre | | Enojado |
| | Pesimista | | Irritado |
| | Suspicaz | | Angustiado |

### Lenguaje
| | | | |
|---|---|---|---|
| | DLN | | Verborrea |
| x | Quejoso | | Balbucea |
| | Gritando | | Monótona |
| | Forzado, presionado | | Divaga |
| | Tono de voz bajo | | Mudo |
| | Tartamudeo | | Lento |
| | Ecolalia | | Deterioro del lenguaje |
| | Incomprensible | | |



Número: 8582
Alérgica/o: _____

Medical Center, Plaza
740 Avenida Hostos
Suite #213
Sultana, Mayagüez, P.R. 00682-1540

## PROCESOS COGNOSCITIVOS

### Estado de Conciencia
- [X] Alerta
- [ ] Letárgico
- [ ] Nublado
- [ ] Soñoliento
- [ ] Estuporoso

### Orientación
- [X] Orientado-tiempo, lugar y persona
- [ ] Desorientado
- [ ] Otros:_____

### Atención
- [X] DLN
- [ ] Distraído
- [ ] Lapso de atención breve
- [ ] Otros:_____

### Percepción
- [X] DLN
- [ ] Alucinaciones Visuales
- [ ] Alucinaciones Auditivas
- [ ] Alucinaciones Táctiles
- [ ] Alucinaciones Olfativas
- [ ] Otros:_____

### Proceso de Pensamiento/Contenido
- [ ] DLN
- [ ] Fuga de ideas
- [X] Circunstancial
- [ ] Tangencial
- [ ] Pérdida de asociaciones
- [ ] Bloqueos
- [ ] Persévera
- [ ] Incoherente
- [ ] Idea de referencia

- [ ] Confusión
- [ ] Obsesivo Compulsivo
- [ ] Ideación Suicida
- [ ] Autodestrucción
- [ ] Ideación Homicida
- [ ] Delirio de:
- [ ] Otros:_____

### Inteligencia
- [ ] Superior
- [ ] Sobre Promedio
- [ ] Promedio
- [ ] Promedio Bajo
- [ ] Fronterizo
- [ ] Deficiente
- [ ] No se puede Determinar
- [ ] Otros:_____

### Memoria
- [X] Intacta
- [ ] Dificultad Memoria Inmediata
- [ ] Dificultad Memoria Reciente
- [ ] Dificultad Memoria Remota
- [ ] Confabulación
- [ ] Amnesia
- [ ] Otros:_____

### Introspección
- [ ] DLN
- [X] Limitada dificultad en reconocer el problema
- [ ] Acusa a otros del Problema

- [ ] Niega el Problema
- [ ] Otros:_____

### Juicio
- [ ] Bueno
- [X] Promedio
- [ ] Limitado Deterioro
- [ ] No puede tomar decisiones básicas

**Acción:**(Describa la intervención y tarea de acuerdo al plan de tratamiento establecido)

Terapia Cognitiva
Terapia Trauma
x Terapia Conductual
Desarrollo de Introspección
Cognitivo-conductual

Empoderamiento/Autoestima
- [x] Entrevista Motivacional
- [ ] Manejo de Crisis
Terapia enfocada en la Solución

- [ ] Expresión de Sentimientos
Apoyo Emocional
Psicoeducación
Terapia Creativa
Otro:

**Impresión diagnóstica según ICD-10:** F43.10

**Plan:**(Plan de intervención para la próxima cita)

X Continuar Tratamiento: Se coordinó seguimiento julio para continuar terapia
- [ ] Referir a otra modalidad de tratamiento. Explica: _____
- [ ] Alta: cumplió con el Plan

**Comentarios:**

Dra. Yazmín Ríos-Rodríguez
Psicóloga Clínica
Lic. de P.R. # 2588
Registro # CPPF 08-019
Registro #CPAS 08-005

1 de junio de 2023
Fecha



Forensic Psychological
G r o u p

Medical Center Plaza, 740
Avenida Hostos – Sultana Suite 202
Mayagüez, Puerto Rico 00682
Tel. 787-444-1120

# Yazmín Ríos-Rodríguez, PsyD CPPF CPAS
### Licensed Clinical Psychologist in PR
### Eating Disorders Specialist
### Sexual Abuse Specialist
### Child Abuse Specialist
### Domestic Violence Specialist

## CERTIFICADO CLINICO

El paciente **Pedro Romero,** con número de expediente 8582, ha estado bajo mi cuidado clínico desde el 26 enero de 2023. Se identificó como motivo de consulta el estado de ánimo deprimido. El paciente refleja como precipitante experiencias adversas en el entorno laboral. El paciente se encuentra recibiendo Terapia Cognitiva Conductual (CBT), informado en trauma. Cualquier duda favor de comunicarse con la Dra. Yazmín Ríos al 787-444-1120.

### Impresión Diagnóstica
V62.29 Problemas relacionados con el empleo

F43.10 Trastorno de Estrés Postraumático

### Recomendaciones
No se recomienda que el paciente se reintegre al trabajo por su mejor bienestar emocional ya que el ambiente exacerba la sintomatología existente. Se hacen las siguientes recomendaciones con el propósito de promover el bienestar del paciente.

Yazmín Ríos, PsyD CPPF CPAS
Psicóloga Clínica
Lic. P.R. #2588
Registro CPPF # 2008-019
Registro CPAS # 2008-005

30 de junio de 2023
FECHA