Gmail                  **Adrian Brito <adrian@brito.legal>**

# Pedro Romero

---

**ZITO, LISA (OCC)** <lisa.zito@cbp.dhs.gov>           Mon, May 1, 2023 at 7:45 PM
To: Adrian Brito <adrian@brito.legal>
Cc: Javier Sevillano Vicéns <solutions@sevillanolegal.org>

---

Mr. Brito,

I inquired.  Yes, you will have 6 months from the date the Agency issues its decision to pursue any judicial remedies.  As for the two-year statute of limitations, I am informed that you fulfilled this requirement on the date the claim was filed with the Agency.


**Lisa Zito**

**Staff Attorney**

**Office of the Associate Chief Counsel**

**U.S. Customs and Border Protection**

909 S.E. 1st Avenue, Suite 606

Miami, FL 33131

**Tel. 305-536-4321 ext. 314**

**Fax 305-536-5893**


Please visit the Miami Region Counsel website at https://cbpgov.sharepoint.com/sites/CC/MI/Pages/default.aspx

We look forward to hearing your feedback!


**PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED**

**This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only.  This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice.  The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."**


**If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Office of the Associate Chief Counsel, Miami.   Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.**

**From:** Adrian Brito <adrian@brito.legal>
**Sent:** Wednesday, April 26, 2023 8:52 PM
**To:** ZITO, LISA (OCC) <lisa.zito@cbp.dhs.gov>
**Cc:** Javier Sevillano Vicéns <solutions@sevillanolegal.org>
**Subject:** Re: Pedro Romero

Lisa:

I understand - but I wish to know if the agency will issue a ruling or not. The FTCA has a 2 year statute of limitations. There is no tolling provision during the administrative review process of the case. The events happened on September 3, 2022. I have six months since the date of denial to file the claim in Court. I just want to have an idea of where we stand in the timeline for this case, or for cases similar to this one. Any information is appreciated.

Cordialmente,

Lcdo. Adrián Brito Rodríguez
Brito.Legal

1607 Ave. Ponce de León

Ste. GM6 #232

San Juan, PR 00909

Off. (787) 421-7006

adrian@brito.legal

www.brito.legal



CONFIDENTIALITY NOTE: This electronic communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and contains information which is confidential and/or legally privileged.  The information is intended only for the use of the individual or entity addressed above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited.  The recipient is responsible for checking this email and any attachments for the presence of viruses.  The sender does not accept any liability for any damage caused by any virus transmitted by this email.  Finally, if you have received this electronic communication in error, please reply indicating so and proceed to delete it immediately.

On Mon, Apr 24, 2023 at 5:06 PM ZITO, LISA (OCC) <lisa.zito@cbp.dhs.gov> wrote:

Good Afternoon, Mr. Brito,

I inquired.  The matter is under consideration, and we will have a response to you as soon as we can.

Lisa

**Lisa Zito**

**Staff Attorney**

**Office of the Associate Chief Counsel**

**U.S. Customs and Border Protection**

909 S.E. 1st Avenue, Suite 606

Miami, FL 33131

**Tel. 305-536-4321 ext. 314**

**Fax 305-536-5893**

Please visit the Miami Region Counsel website at https://cbpgov.sharepoint.com/sites/CC/MI/Pages/default.aspx

We look forward to hearing your feedback!

**PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED**

**This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only.  This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice.  The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."**

**If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Office of the Associate Chief Counsel, Miami. Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.**

**From:** Adrian Brito <adrian@brito.legal>
**Sent:** Monday, April 24, 2023 2:39 PM
**To:** Javier Sevillano Vicéns <solutions@sevillanolegal.org>; ZITO, LISA (OCC) <lisa.zito@cbp.dhs.gov>
**Subject:** Re: Pedro Romero

---

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

---

Lisa:

Any updates?

Best,

Adrian

On Mon, Apr 17, 2023 at 3:43 PM Adrian Brito <adrian@brito.legal> wrote:

> Lisa:
>
> See below. I'm also copying my partner in the case, Counsel Javier Sevillano. See attached case documentation from the original filing in the San Juan office. You can call my cell phone anytime: 787.568.8121.
>
> Best,
>
> Lcdo. Adrián Brito Rodríguez
> Brito.Legal
>
> 1607 Ave. Ponce de León
>
> Ste. GM6 #232
>
> San Juan, PR 00909
>
> Off. (787) 421-7006
>
> adrian@brito.legal
>
> www.brito.legal



CONFIDENTIALITY NOTE: This electronic communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and contains information which is confidential and/or legally privileged.  The information is intended only for the use of the individual or entity addressed above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited.  The recipient is responsible for checking this email and any attachments for the presence of viruses.  The sender does not accept any liability for any damage caused by any virus transmitted by this email.  Finally, if you have received this electronic communication in error, please reply indicating so and proceed to delete it immediately.

On Mon, Apr 17, 2023 at 3:39 PM ZITO, LISA (OCC) <lisa.zito@cbp.dhs.gov> wrote:

> Please send me your contact info.
>
>
> **Lisa Zito**
>
> **Staff Attorney**
>
> **Office of the Associate Chief Counsel**
>
> **U.S. Customs and Border Protection**
>
> 909 S.E. 1st Avenue, Suite 606
>
> Miami, FL 33131
>
> **Tel. 305-536-4321 ext. 314**
>
> **Fax 305-536-5893**
>
>
> Please visit the Miami Region Counsel website at https://cbpgov.sharepoint.com/sites/CC/MI/Pages/default.aspx
>
> We look forward to hearing your feedback!
>
>
> **PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED**
>
> **This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only.  This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice.  The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."**
>
> **If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without**

**prior, written approval from the Commissioner of CBP and the Office of the Associate Chief Counsel, Miami.   Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.**

--

Sent from iPad

Lcdo. Adrian Brito Rodriguez
Brito.Legal
1607 Ave. Ponce de Leon
Ste. GM6 #232
San Juan, PR 00909
Off. (787) 421-7006
Cel. (787) 568-8121
adrian@brito.legal
www.brito.legal